1  W. Chris Wicker (State Bar No. 1037)
   WOODBURN AND WEDGE
2  6100 Neil, Road, Suite 500
   Post Office Box 2311
3  Reno, Nevada 89511
   Telephone: (775) 688-3000
4  Facsimile: (775) 688-3088
   cwicker@woodburnandwedge.com
5
   Attorneys for Plaintiffs
6
                IN THE UNITED STATES DISTRICT COURT
7                       DISTRICT OF NEVADA

8  NATIONAL COUNCIL OF LA RAZA, LAS
   VEGAS BRANCH OF THE NAACP (BRANCH
   1111), and RENO-SPARKS BRANCH OF THE        Case No. 3:12-cv-00316-RCJ-VPC
9  NAACP (BRANCH 1112),
                                               **SUMMONS IN A CIVIL ACTION**
10      Plaintiffs,

11 v.

   ROSS MILLER, *in his official capacity as Secretary*
12 *of State of the State of Nevada;* and MICHAEL
   WILLDEN, *in his official capacity as Director of the*
   *Department of Health & Human Services of the State*
13 *of Nevada,*

14      Defendants.

15      TO:     (Defendant's name and address):
                OFFICE OF THE NEVADA ATTORNEY GENERAL
16              100 North Carson Street
                Carson City, Nevada 89701-4717
17
        A lawsuit has been filed against you.
18
        Within 20 days after service of this summons on you (not counting the day you received it) – or 60 days
19 if you are the Unites States or a United States agency, or an officer or employee of the United States described in
   Fed.R.Civ.P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion
20 under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or
   plaintiff's attorney, who name and address are:

21
        W. Chris Wicker
22      WOODBURN AND WEDGE
        6100 Neil Road, Suite 500
23      Reno, NV 89511

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the
24 complaint. You also must file your answer or motion with the court.

25      DATED this _____ day of June, 2012.

26                                             CLERK OF THE COURT

27                                       By:  _____
                                              *Signature of Clerk or Deputy Clerk*
28
WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000