```
 1  W. Chris Wicker (State Bar No. 1037)
    WOODBURN AND WEDGE
 2  6100 Neil, Road, Suite 500
    Post Office Box 2311
 3  Reno, Nevada 89511
    Telephone: (775) 688-3000
 4  Facsimile: (775) 688-3088
 5  cwicker@woodburnandwedge.com

 6  Attorneys for National Council of
    La Raza, Las Vegas Branch of the NAACP
 7  (Branch 1111), Reno-Sparks Branch of
    the NAACP (Branch 1112)
 8
```

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL COUNCIL OF LA RAZA, LAS VEGAS BRANCH OF THE NAACP (BRANCH 1111), and RENO-SPARKS BRANCH OF THE NAACP (BRANCH 1112), <br><br> Plaintiffs, <br><br> v. <br><br> ROSS MILLER, *in his official capacity as Secretary of State of the State of Nevada;* and MICHAEL WILLDEN, *in his official capacity as Director of the Department of Health & Human Services of the State of Nevada,* <br><br> Defendants. | Case No.: 3:12-cv-00316-RCJ-VPC <br><br> **AFFIDAVIT OF SERVICE** <br> **(Office of the Nevada Attorney General)** |

STATE OF NEVADA     )
                    ) ss.
COUNTY OF WASHOE    )

I, ERIN MACK, being first duly sworn, deposes and says: that I am a citizen of the United States, over eighteen (18) years of age, and I caused Defendant, Office of the Nevada Attorney General, via Trina Gibson, to be served on June 14, 2012, at 9:28 a.m. in Carson City, State of Nevada, a copy of the Summons, Complaint and Civil Cover Sheet.

## AFFIRMATION
### Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 19 day of June, 2012.

By: _____
Erin Mack

SUBSCRIBED and SWORN TO before me this 19th day of June, 2012.

_____
NOTARY PUBLIC

DIANNE M. KELLING
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 92-4228-2 - Expires November 9, 2012

```
W. Chris Wicker (State Bar No. 1037)
WOODBURN AND WEDGE
6100 Neil, Road, Suite 500
Post Office Box 2311
Reno, Nevada 89511
Telephone: (775) 688-3000
Facsimile: (775) 688-3088
cwicker@woodburnandwedge.com

Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NATIONAL COUNCIL OF LA RAZA, LAS VEGAS BRANCH OF THE NAACP (BRANCH 1111), and RENO-SPARKS BRANCH OF THE NAACP (BRANCH 1112),

    Plaintiffs,

v.

ROSS MILLER, *in his official capacity as Secretary of State of the State of Nevada;* and MICHAEL WILLDEN, *in his official capacity as Director of the Department of Health & Human Services of the State of Nevada,*

    Defendants.

Case No. 3:12-cv-00316-RCJ-VPC

**SUMMONS IN A CIVIL ACTION**

TO:  (Defendant's name and address):
    OFFICE OF THE NEVADA ATTORNEY GENERAL

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the Unites States or a United States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, who name and address are:

W. Chris Wicker
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, NV 89511

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Lance S. Wilson
Clerk

*/s/ Lance S. Wilson*

June 13, 2012
Date