Exhibit A

Exhibit A

## DECLARATION OF SABRINA KHAN

I, Sabrina Khan, declare as follows pursuant to 28 U.S.C. § 1746:

1. My name is Sabrina Khan. Project Vote has employed me since October 2011. As part of my responsibilities as a Legal Fellow, I conducted an investigation in Nevada to assess the state's compliance with Section 7 of the National Voter Registration Act of 1993 (hereafter referred to as the "NVRA").

2. In December 2011, I investigated nine Nevada Department of Health and Human Services offices throughout Nevada's most populous cities: (1) Carson City/County, (2) Reno in Washoe County, and (3) Las Vegas in Clark County. All offices investigated were either the Division of Welfare and Supportive Services (hereafter referred to as "DWSS") or Women, Infants, and Children (hereafter referred to as "WIC") clinics.

3. I stood in front of each office and spoke with individuals who were leaving each office after engaging in covered transactions. I interviewed a total of fifty-three persons, forty-eight of whom indicated that they were eligible to vote. I asked them, among other things, if they had been offered the opportunity to register to vote while seeking services that day in the office.

4. After conducting the client interviews, I went inside each office to interview DWSS or WIC personnel.

5. On December 5, 2011, I visited the DWSS office located at 2533 N. Carson Street, Carson City, Nevada.

   a. Jeanette Gonzalez, a clerk, informed me that voter registration applications are not automatically given to clients. She stated that they only provided voter

1

        registration applications to those who check 'Yes' to the voter preference question.

    b. I interviewed ten eligible clients at this office. One client did not see a voter preference question, was not provided a voter registration application, or asked if she wanted to register to vote. Four other clients were not asked if they wanted to register to vote by DWSS employees.

6. On December 6, 2011, I visited the DWSS office located at 3697 Kings Row, Reno, Nevada.

    a. There were no voter registration applications or voter registration information posted in the waiting area. From my observation, a large portion of this office's clientele seemed to be Spanish-speaking. When I requested a Spanish version of the voter registration application, a window clerk told me she only had English ones.

    b. I interviewed five eligible clients at this office. One client did not see a voter preference question, was not provided a voter registration application, or asked if she wanted to register to vote.

7. On December 6, 2011, I visited the WIC office located at 1001 East 9th Street, Reno, Nevada.

    a. There were no voter registration applications or voter registration information displayed in the waiting area. Even though many signs and forms had Spanish translations, this office only had English voter registration applications. Irene Ramos, the window clerk, said Spanish versions were available "up the ramp" a few feet at the Registrar of Voters office.

      b. I interviewed four eligible clients at this office. All four were not asked if they wanted to register to vote by a WIC employee, could not recall seeing a voter preference question in their benefits forms, and stated that they were not provided voter registration applications.

8. On December 7, 2011, I visited the WIC office located at 6480 West Flamingo Road, Suite B, Las Vegas, Nevada.

      a. There were no voter registration applications or voter registration information displayed at this WIC office. When I asked an intake clerk, Yani, for a voter registration application, she could not find one. She called her boss to ask where they were but still could not provide one. She then said the office used to have them, but they stopped approximately 2 years ago.

      b. I interviewed two eligible clients at this office. One of them was not asked if she wanted to register to vote, was not provided a voter registration application by any WIC employee, and did not recall seeing a voter preference question.

      c. I also interviewed a non-eligible client who stated that she was neither asked if she wanted to register to vote nor provided a voter registration application by any WIC employee.

9. On December 7, 2011, I visited the DWSS office located at 3330 East Flamingo Road, Suite 55, Las Vegas, Nevada.

      a. There were no voter registration applications in the waiting area or information about voter registration on display in this office. Israel, a clerk,

told me that voter registration applications are typically either mailed to clients' homes to bring back later or given to the clients to take home.

10.  On December 7, 2011, I visited the WIC office located at 1000 East Sahara Avenue, Suite 101, Las Vegas, Nevada.

   a. There were no voter registration applications and no information regarding voter registration posted. Lizette, the window clerk, told me that this office used to have voter registration applications, but "they stopped coming" over one year ago so they are no longer available at this office.

11.  On December 8, 2011, I visited the DWSS office located at 700 Belrose Street, Las Vegas, Nevada.

   a. There were no voter registration applications in the waiting area, or in the office in general. Karan, the clerk at Window #1, informed me that this office does not keep voter registration applications up front but she called someone in upper management to inquire where I may find one. She stated that she was told that voter registration applications are only provided once a caseworker reviewing a client's paperwork has seen that he/she checked 'Yes' to the voter preference question.

   b. I interviewed eight eligible clients at this office. One client did not see a voter preference question, was not provided a voter registration application, and was not asked if she wanted to register to vote. Six others were not asked if they wanted to register to vote by DWSS employees. One client, Anna Roe, stated that she checked 'Yes' to the voter preference question but was not provided a voter registration application by a DWSS employee.

4

12. On December 8, 2011, I visited the WIC office located at 1511 North Las Vegas Boulevard, Las Vegas, Nevada.

   a. There were no voter registration applications or information posted about voter registration in the waiting area. When I asked for a voter registration application, Carolina Mange, the window clerk, could not provide one. However she contacted a nutritionist at this WIC office who provided a VRA after I waited for nearly fifteen minutes. The nutritionist told me that only clients who specifically ask for a VRA receive one.

   b. I interviewed three clients at this office. None of them recalled seeing a voter preference question in their benefits forms. None were asked by any WIC employee if they wanted to register to vote that day. None were provided voter registration applications.

13. On December 8, 2011, I visited the DWSS office located at 611 North Nellis Boulevard, Las Vegas, Nevada.

   a. Angie, a window clerk, told me that clients receive voter registration applications only upon request.

   b. I interviewed eight eligible clients at this office. One client, Damita Williams, stated that she checked 'Yes' to the voter preference question and was told by a DWSS employee that the office would mail her a voter registration application at a later date. Another eligible client left the voter preference question blank, was not asked about voter registration, and was not provided a voter registration application. Four other eligible clients were not asked about voter registration.

5

    c. I interviewed a non-eligible client who stated that he checked 'Yes' to the voter preference question and was not provided a voter registration application.

I declare under penalty of perjury that the forgoing is true and correct. Executed on this ___6th___ day of ___July___ 2012.

Sabrina Khan