**Exhibit B**

**Exhibit B**

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, __Sheila Confer__, hereby declare as follows:

1. I am a resident of __Las Vegas__, Nevada, which is located in __Clark__ County, where I have lived since __1993__.

2. I have been receiving benefits for __WIC__ [type of public assistance] since __2004__. In connection with my receipt of public assistance, I have visited the __WIC W. Flammingo Rd__ [name of public assistance office] located at __6480 W. Flammingo Rd, Las Vegas, NV 89103__ [address].

3. On or about the following date(s) __6/19/12__, I went to the public assistance office/applied online (circle all that apply) named above to apply for benefits/ recertify my benefits/ renew my benefits/ change my address (circle all that apply and cross out the others). At that time (when I went to the public assistance office and/or when I applied online), I was not asked nor do I recall being asked if I was registered to vote or whether I would like to apply to register to vote. I was never presented with nor do I recall being presented with any document that asked me if was registered to vote at my current address, or whether I would like to apply to register to vote at that time. I was never offered nor do I recall being offered a voter registration application.

4. I am/am not (circle one) registered to vote where I live at this time.

1

5. I would like to register to vote. I meet the qualifications to register because I am a United States citizen, I will be at least 18 years old and a resident of my current precinct for at least 10 days by the next election date, I have been a resident of Nevada for at least 30 days, I do not currently have a felony conviction that makes it unlawful for me to vote, there is no court declaration stating that I am mentally incompetent to vote, and I do not have a permanent residence in any other place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19 day of June, 2012.
      DATE          MONTH

_Sheila Confer_
(Signature)

Address 8512 Stardance Ave.,
Las Vegas, NV 89143

Phone 702.656.7765

2