**Exhibit C**

**Exhibit C**

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, **Kendra Hulbart**, hereby declare as follows:

1. I am a resident of **Mound House**, Nevada, which is located in **Lyon** County, where I have lived since **2009**.

2. I have been receiving benefits for **SNAP** [type of public assistance] since **May 2012**. In connection with my receipt of public assistance, I have visited the **DWSS** [name of public assistance office] located at **2533 N. Carson St, Carson City, NV** [address].

3. On or about the following date(s) **6/20/12**, I went to the (public assistance office)/applied online (circle all that apply) named above to apply for benefits/ (recertify my benefits)/renew my benefits/ (change my address) (circle all that apply and cross out the others). At that time (when I went to the public assistance office and/or when I applied online), I was not asked nor do I recall being asked if I was registered to vote or whether I would like to apply to register to vote. I was never presented with nor do I recall being presented with any document that asked me if was registered to vote at my current address, or whether I would like to apply to register to vote at that time. I was never offered nor do I recall being offered a voter registration application.

4. I am/(am not) (circle one) registered to vote where I live at this time.

1

5. I would like to register to vote. I meet the qualifications to register because I am a United States citizen, I will be at least 18 years old and a resident of my current precinct for at least 10 days by the next election date, I have been a resident of Nevada for at least 30 days, I do not currently have a felony conviction that makes it unlawful for me to vote, there is no court declaration stating that I am mentally incompetent to vote, and I do not have a permanent residence in any other place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20 day of June, 2012.
               DATE        MONTH

(Signature)

Address: 33 McClellan Peak Drive
Mound House, NV 89706

Phone: 775.230.6930

2