**Exhibit D**

**Exhibit D**

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, ___Denisha Phillips___ hereby declare as follows:

1. I am a resident of ___Las Vegas___, Nevada, which is located in ___Clark___ County, where I have lived since ___2008___.

2. I have been receiving benefits for ___Energy Assistance (+ SNAP, Medicaid)___ [type of public assistance] since ___2011___. In connection with my receipt of public assistance, I have visited the ___DWSS___ [name of public assistance office] located at ___1040 @ Owens Ave.___ [address].

3. On or about the following date(s) ___6/19/12___, I went to the public assistance office/applied online (circle all that apply) named above to apply for benefits/recertify my benefits/renew my benefits/ change my address (circle all that apply and cross out the others). At that time (when I went to the public assistance office and/or when I applied online), I was not asked nor do I recall being asked if I was registered to vote or whether I would like to apply to register to vote. I was never presented with nor do I recall being presented with any document that asked me if was registered to vote at my current address, or whether I would like to apply to register to vote at that time. I was never offered nor do I recall being offered a voter registration application.

   *Asked On the form, but not by anyone in person*

4. I am/am not (circle one) registered to vote where I live at this time.

1

5.  I would like to register to vote. I meet the qualifications to register because I am a United States citizen, I will be at least 18 years old and a resident of my current precinct for at least 10 days by the next election date, I have been a resident of Nevada for at least 30 days, I do not currently have a felony conviction that makes it unlawful for me to vote, there is no court declaration stating that I am mentally incompetent to vote, and I do not have a permanent residence in any other place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of Aug, 2012.
        DATE            MONTH

_____
                (Signature)

Address    1950    Simmons    St
           Las Vegas, NV   89106

Phone      702 526 8256

2