**Exhibit E**

**Exhibit E**

*TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP*

# Application Processing

## 100 APPLICATION PROCESSING

## 101 Definitions

### 101.1 TANF/Supplemental Nutrition Assistance Program (SNAP)

The Temporary Assistance for Needy Families (TANF) Cash program has the following four purposes:

a. Provide assistance to needy families so children may be cared for in their own homes or in the homes of relatives;

b. End the dependence of needy parents on government benefits by promoting job preparation, work, and marriage;

c. Prevent and reduce the incidence of out-of-wedlock pregnancies and establish annual numerical goals for preventing and reducing the incidence of these pregnancies; and

d. Encourage the formation and maintenance of two-parent families.

The Supplemental Nutrition Assistance Program, or SNAP, is federally funded and helps qualifying low-income families or individuals buy nutritious food from local retailers. The amount of SNAP benefits issued to each household size is based on the U.S. Department of Agriculture's Thrifty Food Plan, which is an estimate of how much it costs to buy food to prepare nutritious, low-cost meals. This estimate is changed every year to keep pace with food prices. See manual section C-210 charts for maximum allotments and income levels.

Nevada SNAP benefits are deposited into an Electronic Benefits Transfer (EBT) account for the household to access with an EBT debit card. SNAP benefits can only be used to purchase USDA approved food items. Once approved, the household's ongoing benefits are available the first day of the calendar month.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
10 May 01 MTL 10/03

**A-101**
**APPLICATION PROCESSING**
**Definitions**

## 110 PROCEDURES FOR APPLICANTS

### 111 Request for Application

The applicant or their representative may request an application by contacting the local Division district office or downloading an application from the Division's Web Page at http://dwss.nv.gov.

On the same day the request is received by the Division, mail or directly provide the applicant a packet that includes:

- Form 2905, Application for Assistance
- appropriate program pamphlets
- a return envelope if requested or the application is mailed to the applicant
- Form 2043-EE, Agreement of Cooperation
- Form 2906-EG, Non-Custodial Parent (NCP) Form, for each absent parent.

<u>Faxed Applications</u>

A faxed application, review of eligibility or recertification is acceptable and must be date stamped the date received to protect the applicant's filing date. The application must be entered into the computer system the date received or no later than the close of business the next work day. This is to avoid duplicate assistance, allow registration of the application for providers or other officials who must verify an application has been filed, and to start the application processing time frames to ensure timely processing.

| *TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP* |
|---|---|
| An original application with the actual signature of the applicant or authorized representative is required for the TANF and Medicaid Programs, and must be submitted as soon as possible following the faxed application to ensure the same application is not continuously submitted for subsequent applications and review of eligibility.<br><br>Notify the client and/or their authorized representative the faxed application has been received and date stamped, but the original application must still be submitted within ten (10) calendar days or brought to a scheduled interview. | A faxed signature is acceptable for SNAP. |

Page one of Form 2905-EG – Application for Assistance

Page one of Form 2905-EG must be accepted, and date stamped on the day of receipt, for all programs to preserve the actual application date and begin the application process. The remainder of the application form can be requested by mail or obtained at the interview. Clients should be encouraged to complete the application form.

***Page one of the application is always acceptable for SNAP*** without the remainder of the application form being completed by the household. SNAP rules require that households be allowed to file a one-page application. However, all essential information and verification needed to make an eligibility determination must still be obtained. The caseworker must advise households of their rights and responsibilities during the interview, including the appropriate application processing standards and the household's responsibility to report changes.

CLOG information obtained through the interview or telephone contacts.

Form 2001-EF – Application for SNAP Benefits

SNAP uses a different application, Form 2001-EF, for SSI/SNAP recipients who apply through the Social Security Administration.

### 112 Application Assistance

If an individual needs help completing the application, a volunteer or staff member must help. Anyone helping complete the application form must initial the parts completed or sign the form showing they helped complete it.

### 113 Applications Causing Conflicts of Interest

Do not process an application if a conflict of interest exists. Conflicts of interest include employee/employer or dating relationships and situations in which the applicant is a worker's roommate or relative. The office manager/unit supervisor (where there is no manager) will determine the best method of application processing.

### 113.1 Applications by Division Employees

Special handling must be given to a Division employee's application or recertification.

- A Division employee at the next higher administrative position must complete the eligibility determination for another employee. **Exception**: Applications from a supervisor or higher position must be processed by a designated supervisor or office manager.
- The employee's immediate supervisor may not process the application except in remote areas where it is impractical for another person to process the application.
- File all division employee case records in a single, secure filing cabinet under the control of the office manager. **Exception**: Case records for supervisors or higher administrative positions are stored in a secure area of the office designated by the Deputy Administrator for Program and Field Operations.

**NOTE**: All records for On-the-Job Training (OJT) and Community Work Experience Program (CWEP) placements who are receiving or have recently received benefits are treated as any other Division employee's records.

## 120 OFFICE PROCEDURES

### 121 Receipt of Form 2905-EG - Application Form or Other Designated Forms

Accept any designated application form if it contains the applicant's name, address, and signature of:

1) the applicant is required. The applicant's signature establishes an application for themselves and automatically includes all required household members regardless if anyone is an "ineligible or excluded" member; OR
2) an authorized representative, if the applicant is incapacitated or incompetent.

the applicant, other responsible household member, or authorized representative. Only one person is required to sign the application for the household.

*TANF TANF TANF TANF TANF TANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

**Note**: An application for any program must be signed by a person 18 years of age or who is legally emancipated. An 18 year old who is not pregnant and not a dependent child may be determined eligible for CHAP as long as all other eligibility criteria are met. CHAP eligibility would end at age 19 per MAPS 300.

If the application form is returned to the wrong office

- in **person**, offer to forward the application to the correct office. Give the applicant the address and telephone number of the correct office and explain they will be contacted by staff in the correct office if additional information is needed.
- by **mail**, date stamp and forward the application to the correct office.

If the application will not be processed in the receiving office, forward the application to the correct office the same day it is received.

**122 Filing the Application**

The application date is the day the district office receives an application form containing the applicant's name, address, and appropriate signature. Applications received by the agency outside of normal business hours, either through Access Nevada or local office drop boxes, are considered received and date stamped the next business day. This is the first day these applications are available to the agency for processing.

**Note:** It is the responsibility of each office to ensure drop boxes are emptied at the close of business to ensure those applications received during business hours are date stamped the date of receipt and those received after 5 pm are date stamped the next business day.

Date stamp the application in the appropriate section of the form.

Screen the application for eligibility for expedited service. Send Form **2565-EE** to households which mail in applications that indicate eligibility for expedited services, scheduling an interview.

Applications for SNAP must be annotated "yes" or "no" for expedited service and signed by the screener in the box on page one of Form 2905-EG under "*Office Use Only*" Application forms without this area noted should be screened for expedited service, dated and initialed.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Nov 01 MTL 11/06

**A-121**
**APPLICATION PROCESSING**
**Receipt of Form 2905-EG**

| *TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP* |
|---|---|

Schedule an appointment for the applicant no later than seven (7) work days from the date of application for TANF and non-expedited SNAP households.

**Exception**: Deny the application without scheduling a face-to-face interview if information on the application form indicates the applicant is ineligible.

**Exception**: Expedited service cases should be seen the date of application or the next work day in the week of application to ensure receipt of SNAP benefits within 7 days of the application date. Day one of the 7 days is the date of the application.

### A-122.1 Missed Interview Appointment (MIA)

Households who fail to keep their initial intake TANF appointment are sent a legal notice advising them of TANF denial due to their missed interview appointment (MIA).

A face-to-face interview is not required for Medicaid categories. If an interview is not requested by the client or the client fails to keep an interview appointment, request verification for Medicaid applications and/or review of eligibility in writing through the mail, allowing ten (10) days for submitting the specified information. The case manager must assist the client in obtaining information if the client requests assistance.

Households who fail to keep their scheduled appointment are sent a legal notice the workday following the appointment advising them of their missed interview appointment (NOMI). It is up to the household to contact the office to reschedule an appointment or discuss any hardships in keeping an in-person or alternate (e.g., phone, home visit) interview. If the household contacts the office within the 30-day application processing period, the office must schedule a second interview. If the household misses the second interview subsequent interviews will only be scheduled if the interview can be held within the 30-day period. If the household does not contact the office or respond to the notice, deny the application as follows:

**Initial or Untimely Reapplication Application**: Deny the application for non-cooperation thirty (30) days following the date of the application. The date of the application is not counted in the 30-day count.

**Timely Reapplication**: Deny a timely reapplication on the last day of the current certification period. See manual section B-124 regarding cooperation within thirty (30) days of denial.

TANF TANF TANF TANF TANF TANF | SNAP SNAP SNAP SNAP SNAP SNAP

## 123 Withdrawal of Application

An individual may voluntarily withdraw an application anytime before a case decision is made.

If the withdrawal request is made (verbally or in writing) by someone other than the head of household, spouse, a responsible household member, or an authorized representative, contact the household to confirm the withdrawal.

## 124 Registration of the Application

All applications must be entered into the computer the date of application or the next work day. This is also done for individuals requesting to be included for assistance on an ongoing or pending case. Pending applicants must be registered in the computer system to ensure medical providers and other agencies/states can obtain correct eligibility information. Mailed applications are entered into the computer the date received in the office.

**Note**: If an applicant requests to add an additional program(s) to the original application up to and including the interview (in person or by telephone), the additional program(s) added must be registered and eligibility processed. If the applicant is in the office, have them select the added program on the application and initial the added selected program. If the applicant contacts the office, other than in person, and requests to apply for additional programs(s), CLOG the conversation, add the additional program(s) and determine eligibility.

## 125 Duplicate Assistance Screening

All household members applying for or requesting initial or continued assistance must be screened by Social Security Number and name to avoid duplicating assistance.

For cases processed in NOMADS, a match search must be conducted utilizing search criteria and the PRSC (Person Screen) for **all** household members. Some fields used on PRSC to define the search are the SSA, Name, DOB, Sex, Child Support Enforcement Docket #, etc. Staff must select the search criteria. Either a Social Security Number or name (partial/full) must be used in the match search. If NOMADS finds a match, all search data is displayed for all related cases associated with the person(s). Refer to the NOMADS *User Task Guide* for specific screen and entry instructions.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Mar 01 MTL 11/01

**A-123**
**APPLICATION PROCESSING**
**Registration of the Application**

| *TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP* |
|---|---|

Assistance can only be provided from one Nevada Medicaid or Nevada Check-Up program at a time. Nevada Medicaid Programs include:

| | |
|---|---|
| TRM | TANF Related Medicaid |
| CHAP | Child Health Assurance Program |
| CWS | Child Welfare Services *(Division of Child and Family Services)* |
| MAABD | Medical Assistance to the Aged, Blind & Disabled |

**Exception:** When a child(ren) moves from one household to another household, there may be overlapping months of eligibility.

**Example**: Mom and a child have an open case. Mom is incarcerated and the father of the child applies for the child. In order to approve the father's case in the initial month, the child may be approved on the father's case prior to the mothers case terminating. Ensure ongoing eligibility does not exist in more than one case.

**126 Employment Security Division (ESD) Printouts/Interface**

For cases being processed in NOMADS, Employment Security Division (ESD) files will automatically interface with individual applications/recipients registered in the system with an assigned Social Security Number. Individual ESD wage earner information is accessible through the Select Action (SELA) menu by selecting INFC. The ESD's NOMADS screen will display all ESD alerts. Refer to the NOMADS *User Task Guide* for detailed automatic system alert and ALRT screen information and instructions. It is the case manager's responsibility to review all ESD interfaces at application, review of eligibility, recertification and when an ALRT is received in NOMADS.

*TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP*

## 130 INTERVIEW PROCEDURES

### 131 Interviews

Conduct a face-to-face interview (if required) with the client or authorized representative or when requested by the household or authorized representative.

A face-to-face interview ***is*** required for TANF at initial eligibility.

Effective March 1, 2010, a TANF annual review of eligibility ***does not*** require a face-to-face interview (A-162).

A face-to-face interview ***is not*** required for Medicaid initial eligibility or at the review of eligibility.

The use of an authorized representative in the interview process is allowable when the head of household's participation in the application or review of eligibility process is limited because of their incapacity or incompetence.

**Exception**: A telephone interview for initial TANF eligibility may be conducted if it is impossible for the client to come to the district office due to unusual circumstances, such as impassable roads, etc.

A face-to-face interview may be scheduled if deemed appropriate (i.e., client is homeless or does not have access to a telephone.)

Effective May 1, 2009, in lieu of the face-to-face interview, caseworkers may conduct interviews by telephone for all SNAP households. When conducting telephone interviews, the following conditions must be met:

- A Notice of Missed Interview (NOMI) must be provided to the household if the telephone interview is missed; and,
- The quality of the application process must not be negatively affected – the same information should be requested during the interview and the same verification process should be employed regardless of the type of interview conducted.

All interviews must be pre-arranged in writing with the household. The appointment slip must announce the date and time of the interview. The interview slip must also announce the place of the interview or the telephone number the worker will be calling to complete the telephone interview. If the applicant does not have a telephone number for the agency to call, an internal office number must be provided for the applicant to call at the specified time to complete the interview. A home visit or alternative out-of-office interview location can be arranged in writing or verbally with the household or

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Jul 01 MTL 11/04

**A-130**
**APPLICATION PROCESSING**
**Interview Procedures**

| *TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP* |
|---|---|
| | their authorized representative when there are special needs and the household is requesting this service. A face-to-face (or telephone) interview is only required once in a 12-month period (at initial certification and once every 12 months thereafter), unless it falls under an exception for waiving the interview. An interview is not required at interim recertifications for Simplified Reporting households. Information needed to complete the interim recertification must be requested in writing through the mail. A break in receipt of benefits during the 12-month period would require an interview if the household reapplies. |

Mail Form 2711-EG, Voter Registration Declination, to individuals interviewed by telephone. Document the interview was by telephone and Form 2711-EG was mailed to the household.

**Note**: Use of an authorized representative or a waiver of the face-to-face interview does not relieve the household from any program or verification requirements.

### 131.1 Interpretive Service Requests

The Division provides interpretive services for both foreign and sign languages. If you recognize or have any reason to believe that a person or companion is deaf or hard of hearing, you must advise the person that appropriate auxiliary aids and services, such as sign language and oral interpreters, TTYs, note takers, written materials, assistive listening devices and systems, and telephones compatible with hearing aids, will be provided free of charge. If you are the case manager, you must ensure that such aids and services are provided when appropriate.

Sign Language Interpreters

To request a sign language interpreter, for a scheduled appointment, the case manager must e-mail the request to Welfare – Interpretive Services under Welfare Groups in the Outlook Address Book at least two working days prior to the date of the interview/appointment. The request must include the type of interpretive services needed, the date and time of the interview/appointment, the name of the client, the office the interview/appointment will be held at, the type of interview/appointment to be conducted, estimated length of interview/appointment, name of employee who will be conducting the interview/appointment and the direct telephone number of the employee.

The E&P unit clerk will contact the appropriate interpreter and confirm the appointment with the case manager. Once the request is received and processed, the case manager will receive a confirmation. If the case manager does not receive a confirmation within one working day, a second request should be sent.

*TANF TANF TANF TANF TANF TANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

Once the in-person interview has been conducted, the case manager must complete Section I of form 2034-WG and have the interpreter complete Section II. Once Sections I and II are completed, both the case manager and the interpreter must acknowledge the information provided by signing the bottom of the form. A photocopy of this form must be given to the interpreter for submission with their invoice for payment AND the ORIGINAL mailed to Eligibility and Payments in Central Office to verify the services of the interpreter. If a confirmed interpreter does not show for the appointment, notify Welfare-Interpretive Services the same day via email.

If the applicant cancels the appointment, notify the Eligibility and Payments unit clerk at (775) 684-0615 of the cancellation, as soon as possible.

NON-DWSS EMPLOYEES PROVIDING INTERPRETIVE SERVICES – All non-DWSS employees who provide in-person interpretive services must attest to their status as an employee of the State of Nevada. At each interview, the case manager must inquire if the non-DWSS employee is currently an employee of the State of Nevada. Any interpreter providing in-person interpretive services for the first time must complete page 2 of form 2034-WG verifying current State of Nevada employment status. Failure to complete and submit page 2 of form 2034-WB will result in non-payment for the services provided.

Non-English Speaking Interpretive Requests

**All** interpretive services needed for clients who speak a language other than English, will be conducted using CTS LanguageLink through a telephone conference or by using DWSS employees assigned to an office, who are bi-lingual, whenever possible. This applies to all pre-scheduled appointments as well as those circumstances where immediate interpretive services are needed. CTS LanguageLink will assist in setting up conference calls for interviews conducted on the telephone.

To access CTS LanguageLink services, follow the procedures located on the G drive at Willcall, Interpretive Services, CTSLanguageLinkProcedures.

Once the call is completed with CTS LanguageLink, all areas of Section 1 of form 2034-WG must be completed and the employee/case manager must sign the form. Section II does not need to be completed when CTS LanguageLink is used. Once the form is completed, it must be forwarded to Eligibility and Payments in Central Office.

It is imperative that **any** employee/case manager of DWSS accessing the CTS LanguageLink services, for any length of time, complete the Confirmation of Interpretive Services form. It is also imperative that staff become familiar with the procedures for CTS LanguageLink including the use of DWSS's account number and the appropriate access code for each office and any associated units.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Jul 01 MTL 11/04

**A-131[2]**
**APPLICATION PROCESSING**
**Interpretive Service Requests**

*TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP*

## 132 Eligibility Factors

Explore these eligibility factors during the application/review of eligibility/recertification process:

- Residence (for misrepresentation of residence, see B-900)
- Citizenship
- Social Security Number
- Resources
- Income
- Age
- Identity
- NEON participation (including Pre-Approval Work Activities – (See A-800)
- Relationship
- Household Composition
- State and Federal Time Limits on Receipt of Benefits (See A-2400)
- School Attendance
- Immunizations
- Fleeing fugitive felons/probation or parole violators
- Drug Felons

- Residence (for misrepresentation of residence, see B-900)
- Citizenship
- Social Security Number
- Resources
- Income
- Identity
- Work registration/requirements
- Shelter Expenses
- Medical Expenses
- Household Composition
- Drug/SNAP Benefit Trafficking Conviction(s)
- Out-of State Benefits (e.g., duplicate assistance, SSI cash out, ABAWD tracking)
- Fleeing fugitive felons/probation or parole violators
- Drug Felons

Substantiated victims of domestic violence may be granted a good cause waiver to not participate in any eligibility requirement to establish cash assistance (see manual section A-2250).

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 11/04 01 Jul 11

**A-132**
**APPLICATION PROCESSING**
**Immediate Availability of Interpretive Services**

*TANF TANF TANF TANF TANF TANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

## 132.1 Assessment

An assessment of the household's circumstances must be completed at application or during the eligibility interview.

The assessment results are used to evaluate which TANF Cash program is most appropriate for the household and build a foundation for the household's Personal Responsibility Plan.

## 133 Rights and Responsibilities

Before ending the interview, ensure the following has been done:

- Form 2905 or another designated application form is complete and signed.
- Any changes that occurred since the application was filed have been reported.
- The applicant has read, signed and understands the rights and responsibilities explained on the application form, regarding the information provided.
- The Declaration of U.S. Citizenship/Legal Non-Citizen Status has been signed.

**TANF:**

- The NEON and Child Only citizen TANF assistance applicant has read and completed Form 2906-EG, Non-Custodial Parent (NCP) form, and understands the rights and responsibilities of the Child Support Enforcement Program and the non-compliance penalty (see manual section B-900). Provide the Form 2487 to any applicant who requests information about claiming good cause. Ensure both the applicant and the worker have signed the Form 2487.
- The applicant has read, understands and signed the Domestic Violence Awareness, Form 2678-EG.
- The applicant has read, signed and understands the Agreement of Cooperation, Form 2043-EE.

**SNAP:**

- The applicant has read the Explanation of SNAP Rights/ Responsibilities, and understands the penalties for voluntary quit, SNAP employment and training (E&T) noncompliance, program violations and other disqualifications/sanctions. Explanation of limited benefits for certain able bodied adults without dependent children (ABAWDS) should also be provided to applicants.

**A-132.1**
**APPLICATION PROCESSING**
**Screening Assessment**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Jul 01 MTL 11/04

## 134 Pending Information

If all required proof cannot be furnished during the interview, allow the household at least 10 days to provide it. The due date must be a workday. Determine what sources of proof are readily available to the household and request them first if you expect them to be sufficient proof. Allow at least ten (10) calendar days (the day after the request date is the first day of the 10-day period) to provide requested information, unless a shorter time period is ***agreed to*** in writing. When the due date falls on a weekend or holiday, the due date is the next working day. If information is not provided or postmarked within the time period given, deny the application or terminate assistance allowing adverse action.

**Exception**: SNAP cases are not denied until the 30th day after the date of application (or the last day of the current certification for Timely Reapplications). The day after the date of application is the first day of the 30-day count.

**Example**: The SNAP applicant applies on 12/1/01, is interviewed on 12/2/01 and required verification is requested with a due date of 12/11/01. Client fails to provide information as requested and there is no further contact with the household. The application would not be denied until 12/31/01, which is the 30th day after the date of application, or the next work day if this date falls on the weekend or a holiday.

**Give the applicant Insufficient Information Form 2429-EE, explaining what is needed, the date the information is due, and the date the application will be denied if the information is not received. File the suspense copy of Form 2429-EE with the current application, reflecting the verification request due date.**

## 135 Eligibility Decision

After obtaining all required proof and documenting on the case narrative and validation worksheet that the application has been processed, provide the applicant a Notice of Decision:

- For approved applications, including information about benefits, rights, and responsibilities, or
- For denied applications, including the legal and factual basis for the action taken.

## 136 "Prudent Person" Principle

The policies and procedures included in the **manual** are rules for determining eligibility. It is impossible to foresee and give examples for all situations; therefore, staff are encouraged to use reason and apply good judgment in making eligibility decisions when rare and unusual situations are encountered. Reasonable decision made by staff based on the best information available using common sense, program knowledge, experience, and expertise in a particular situation is referred to as the prudent person principle

| *TANF TANF TANF TANF TANF TANF* | *SNAP SNAP SNAP SNAP SNAP SNAP* |
|---|---|

Document the rationale used to make a decision and any applicable **manual** references and policy interpretations. Follow local office procedures for obtaining an interpretation from Eligibility and Payments (E&P) Program Specialists in Central Office, or submit Form 6018, Policy and Procedure Inquiry requesting clarification or directives, to the Chief of E&P, when it is impossible or inadvisable to follow the prudent person principle because of a lack of information or program knowledge.

**Note**: Suspicious circumstances should be referred to I&R using Investigative Referral Form (2683-EE).

**A-136**
**APPLICATION PROCESSING**
**"Prudent Person" Principle**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
09 Sep 01 MTL 09/05

*TANFTANFTANFTANFTANFTANF* | *SNAP SNAP SNAP SNAP SNAP SNAP*

## 140 EXPEDITED SERVICE

All SNAP applications must be screened for expedited services at the time of receipt. Expedited service criteria is only evaluated for circumstances that exist in the month of application.

For households entitled to expedited service, the worker will:

- postpone all verification except identity until 10 days following the date of the interview, and
- if eligible, authorize benefits the day of the interview or the next work day in the same week they apply.

**NOTE**: Eligible non-citizens subject to sponsor deeming, who are waiting for proof of information from the sponsor, are ineligible until the information is provided. Remaining household members may participate if eligible.

In the following situations, applicants **cannot** be authorized benefits the same day they apply:

- Applicants who file late in the day and cannot be interviewed that same day — Interview the applicant the next day within the same week of application.

  **Note**: Interview and approve the client the same day, if the office will not be open the next day due to a weekend or holiday(s).

- Households who submit their applications through the mail or drop them off either at the front desk or in the drop box must have their applications evaluated the **day** the application is **received**. If the household meets expedited criteria and has a telephone number, contact the household the day the application is **received** and schedule an appointment the next business day, or complete the interview while on the telephone.

- If the household cannot be contacted by telephone, mail Form 2565-EE, Application Information & Interview Appointment Notice, the **same day** the application is received, scheduling the appointment **no later than the 6th day** from the application date.

  If the household is also applying for TANF or Medicaid, schedule a regular TANF/Medicaid appointment at the same time.

- Applicants in drug or alcoholic treatment centers or group living arrangements — Provide benefits so individuals receive their SNAP benefits by the <u>seventh</u> day after the application date.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 10/04 01 Jul 09

**A-140[1]**
**APPLICATION PROCESSING**
**Expedited Service**

*TANFTANFTANFTANFTANFTANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

- Joint SNAP/SSI applicants released from public institutions — Authorize benefits so the individual receives their SNAP benefits within seven days after release from the institution.

  - **Late determinations** for expedited services. These are households that

  — are not identified as entitled to expedited service when the application is filed. Expedited processing begins on the day the office becomes aware the household is entitled to this service.
  — miss their original expedited appointment. If the household subsequently contacts the office, conduct an interview the earliest date possible. Expedited processing begins the day the household is interviewed.

  — do not provide proof of identity the day of the interview. Expedited processing begins when proof of identity is provided.

  **Note**: For late expedited service determinations, make a Date of Discovery entry in NOMADS.

**141 Eligibility Criteria**

Applicants are entitled to expedited service if one of the following criteria is met at time the application is received. All expedited criteria must be evaluated for the month of application only.

- The household has

  — reported liquid **resources** totaling **$100** or less, **and**
  — reported gross monthly **income** totaling less than **$150**, **OR**

- The household's reported liquid resources and reported gross monthly income total less than the current monthly expenses for rent/mortgage and utilities. Determine the household's allowable utility expense based on their appropriate utility allowance (SUA, LUA, IUA or TUA). For instance, if the household has rent of $400 and pays heating and cooling costs, the monthly expense would be $630, $400 + $230.

  **Note**: There is no longer a homeless expedited category. Homeless individuals must meet the same expedited service criteria as other persons. Individuals whose nighttime residence is a temporary accommodation in the residence of another person may be considered homeless for no more than 90 days.

  A household that reapplies during its last benefit month does not qualify for expedited service. Households who have received SNAP benefits from any source, including out of state or SSI from a cash out state, in the application month, are not entitled to expedited services as benefits cannot be duplicated for the current month.

**A-140[2]**
**APPLICATION PROCESSING**
**Expedited Service**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
10 Jul 01 MTL 10/04

*TANFTANFTANFTANFTANFTANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

## 142 Limit on Expedited Service

There is no limit to the number of expedited certifications for a household if it:

- provides the verification postponed at the last expedited certification, OR
- was certified under normal processing procedures since the last expedited certification.

**Note**: Households not entitled to expedited service shall have their application processed according to normal standards. Households may request a conference to contest a denial of expedited service. Conferences shall be scheduled within two (2) working days, unless the household requests a later date.

## 143 How to Determine Eligibility for Expedited Service

| | | Yes | No |
|---|---|---|---|
| 1. | Does the applicant's application and statement indicate eligibility for expedited services based on eligibility criteria in section A-141? | ☐ **Go to Step 2** | ☐ **Not Eligible - Stop** |
| 2. | Has the applicant received expedited services before? | ☐ **Go to Step 3** | ☐ **Go to Step 4** |
| 3. | Has the applicant provided all post-poned verifications from the previous certification or has the applicant been certified under normal 30-day processing since the last expedited certification? | ☐ **Go to Step 4** | ☐ **Not Eligible - Stop** |
| 4. | Does the applicant or authorized representative (AR) being inter-viewed have proof of identity? | ☐ **Stop - Eligible to Process** | ☐ **Not Eligible Until ID Provided** |

5. Have the applicant sign a statement indicating he has not already received SNAP benefits for the application issuance cycle from another state or case and process as expedited. Postpone other verifications that are
   - not provided at the interview, or
   - not acceptable.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 08/06 01 Nov 08

**A-142**
**APPLICATION PROCESSING**
**Limit on Expedited Service**

*TANFTANFTANFTANFTANFTANF* | *SNAP SNAP SNAP SNAP SNAP SNAP*

## 144 Verifications

Applicants entitled to expedited services must verify their identity before receiving their initial benefits, **unless** an authorized representative (AR) applies for the applicant.

When an AR applies,

- verify the AR's identity, and
- postpone verification of the applicant's identity if necessary to meet expedited time limits.

Postpone all other verification until after the household receives its initial month's benefits, unless the verification

- is provided by the client at the interview, **and**
- **is acceptable**.

### 144.1 Social Security Numbers (SSNs)

Include household members for the initial issuance cycle even if they fail to provide or apply for an SSN at the interview.

Disqualify those who fail to provide or apply for an SSN without good cause before the next issuance cycle.

### 144.2 Work Registration

Every SNAP household member age 16 through 59 must be registered in the SNAP Employment and Training (E&T) program as a condition of eligibility, unless

- otherwise exempt from work registration, or
- an AR is applying for the household.

Registration of other household members may be completed, but will be postponed if verification or registration cannot be accomplished within expedited time frames.

### 144.3 Citizenship

Household members whose citizenship is questionable can receive benefits with the household in the initial issuance cycle. They must provide verification of citizenship, along with other postponed verifications.

**A-144**
**APPLICATION PROCESSING**
**Verifications**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 08/06 01 Nov 08

## 145 Certification Procedures

Assign usual certification periods even if verifications are postponed. See manual section A-1824 for certification policy. Households applying between the 1st and the 15th of the month will receive one month of benefits (prorated based on the application date) pending the return of the requested postponed verifications. Households filing an initial application after the 15th of the month are approved for two months if otherwise eligible. The initial month's benefit is prorated and the second month is a full month's benefit.

## 145.1 Postponed Verification Procedures

Provide Form 2429-EG, TANF/SNAP Notice of Insufficient Information, stating what information is needed, the date it is needed, and that the client must provide the postponed verification/information within ten (10) days from the date of the request.

If the household furnishes the postponed information timely, or by the effective date of the closure, the certification period continues uninterrupted.

If the household fails to provide the requested postponed verification, the case will be terminated for lack of cooperation, effective the end of the first month or at the end of the second month for households applying after the 15th of the month. Households who provide all postponed information, with the exception of verification of a reported expense, will not have their benefits terminated but will have ongoing benefits calculated disallowing those unverified expenses.

**Example**: Client applies on 4/20, is approved expedited on 4/21. The client is approved for two issuances (one prorated for April and one full month's benefit for May). Because May and April benefits are issued at the same time, June is the first benefit month impacted by postponed verification rules. If the client does not provide postponed verification within 10 days, benefits are terminated effective June 1.

Households terminated for failure to furnish postponed verification must submit a new application if they want additional benefits. To receive additional benefits, the household must satisfy the previous postponed verification **OR** be certified under normal 30-day processing standards.

A household whose verification is postponed is entitled to receive continuing benefits pending appeal.

## 145.2 Allotment Policy

Issue benefits for the initial approval month based on the date of application, unless there is an ineligible period.

**Expedited With Postponed Verification**

Within expedited time frames, issue the initial allotment to eligible households, even when verification is postponed. The postponed verification must be submitted as requested or the household benefits are terminated. No further benefits are issued until the household reapplies and provides all previously postponed verifications **OR** are approved under normal processing guidelines.

**146 REMINDERS**

Before concluding an interview, the following items must be completed:

1. Ensure all the questions are answered and each item initialed (where required) on the application and it is signed and dated;
2. Provide the applicant the Change Report – TANF and SNAP, Form 2584, and explain the appropriate change reporting requirements;
3. Document and create an ALRT for expected changes the household indicates on the application or reports during the interview for Medicaid, TANF and Status Change Reporting SNAP households;
4. Refer the household to other programs for which they may be eligible (WIC, Family Planning, EPSDT, County Welfare, EAP, SSI, Social Security, UIB, VA, etc.);
5. Inform the household of the right to appeal any action that affects eligibility or benefits;
6. Document the status of any unpaid overpayments and explain any recoupment action;
7. Inform the household by completing the voter registration section of the application or declining to register will not affect eligibility or benefit amounts, and;

    - A decision to decline to register remains confidential and used only for voter registration purposes; and
    - A complaint can be filed with the Secretary of State, Capitol Complex, Carson City, Nevada 89710, if they believe someone interfered with their right to

        – register or decline to register to vote; or
        – privacy in deciding whether to register or apply to register to vote.

    If the household member answers "Yes", provide a Voter Registration Application. Explain:

    - assistance, on request, will be provided in completing the voter registration application form;

*TANFTANFTANFTANFTANFTANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

- the registration application may be completed in private and mailed at their convenience; and
- information regarding the office where the form originated will remain confidential and will not be used for voter registration purposes.

If the household member answers "No", request they sign and date the form indicating their declination. If there is no response on the form, it is treated as a declination.

If the individual completing the interview is an authorized representative (AR) or payee, request the AR give the head of household the Voter Registration Application form. Document the form was provided to the AR or representative payee.

Do not pend the case or delay benefits for completion of the voter registration section. This section is not an eligibility requirement.

Staff are prohibited from:

- influencing an individual's political preference or party registration;
- displaying any political preference or party affiliation; and
- making any statement to an individual where the purpose or effect is to discourage them from reregistering to vote.

Provide the toll-free telephone number of the Secretary of State, Carson City, Nevada 89710 (1-800-992-0900) or the number of the local county voter registration, for voter registration questions.

8. Provide the applicant with all related program pamphlets.

9. Provide the applicant with community resource information and make referrals as needed.

**150 RESERVED**

**150.1 RESERVED FOR NEW POLICY**

**150.1.1 RESERVED - WELF SYSTEM**

**150.1.2 RESERVED FOR NEW POLICY**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 10/04 01 Jul 10

**A-146[1]**
**APPLICATION PROCESSING**
**Allotment Policy**

*TANFTANFTANFTANFTANFTANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

## 160 JOINT TANF-SNAP APPLICATIONS

A household in which all members are applying for or receiving TANF cash may apply for SNAP at the same time the household applies for TANF cash. The case manager conducts a single interview for both programs.

**Exception**: Conduct the unfinished TANF portion of the interview later if necessary to meet the SNAP expedited processing time limits.

Verifications provided for TANF or SNAP are used for both programs.

Do not delay the eligibility decision in one program when all the verifications are completed for that program, but not for the other.

### 161 When Receipt of TANF is Uncertain

When TANF eligibility is uncertain:

1. certify the household for benefits using SNAP requirements. Individuals determined work registration mandatory are assigned the appropriate work code until a TANF decision is made;

2. assign a normal certification period;

3. send a Notice of Decision, including a statement of the amount of SNAP benefits, and notification that SNAP benefits may be adjusted upon the approval of TANF benefits.

   If TANF is later approved, add the TANF benefit to the SNAP budget and update the work program code to the appropriate code. The TANF grant will be budgeted only for the month in which it is received.

Do not budget **retroactive** TANF payments as income for a SNAP benefit month. Consider them lump sum payments, and count them as a resource unless the TANF payments are for a portion of a month with an unissued SNAP allotment.

**A-160**
**APPLICATION PROCESSING**
**Joint TANF-SNAP Applications**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
10 Jul 01 MTL 10/04

**162 Eligibility Periods**

**Applications**

- 12 months for cash payee cases, including cases with no payment due to grants under $10, or

**Review of Eligibility Ongoing Cases**

- 12 months from the last review of eligibility due date.

When the 12 month "Review of Eligibility" is due, form 2426, is sent to the client and if applicable to the (AR). The client/AR is required to respond to the review questions, sign, date and return form 2426.

The client is informed that if they indicate a "YES" response, proof of the change is to be provided. If the client does not provide proof of the reported change, further case action may be necessary. The case manager shall consider the following:

- Determine if a collateral contact can be made to verify the change.
- Provide form 2429 to the client indicating the verification(s) needed for the program(s) they applied for.

If the client indicates "NO" changes have been made, the review is ready for processing the RDMN in NOMADS.

Case managers are responsible for reviewing the previous case actions to determine if additional follow-up actions are needed to process the annual review of eligibility.

Assign a PA SNAP certification period for six (6) months and designate them as a simplified reporter on the APPL screen.

*TANFTANFTANFTANFTANFTANF*

**TANF-related Medicaid and CHAP Cases**

- 12 months from approval or last review of eligibility. If the review of eligibility due date must be changed, update the frequency on the RDMN screen.

**Note**: A review of eligibility is **not** required on OBRA only cases. These cases will terminate at the end of the eligibility period.

When a newborn is added to an OBRA only case, the case manager must manually change the review of eligibility **due date** to the month and year of the child's first birthday.

*SNAP SNAP SNAP SNAP SNAP SNAP*

If a SNAP case is being recertified outside the TANF review of eligibility process, use this application as a review of eligibility for the TANF program.

**Note**: Twelve-month certification is available only to households whose members are **all** elderly or disabled.

**Note**: The SNAP recertification application can be used as an application or a review of eligibility for all cash and medical other programs.

**163 Client Cooperation**

All clients are required to furnish information and/or documentation necessary to establish initial and continuing eligibility in order to receive TANF cash assistance/TANF-related Medicaid/CHAP/SNAP benefits. If a caregiver or household fails or refuses to cooperate with the Welfare district office, Quality Control or other designated Division officials in providing information which would impact pending or ongoing eligibility/benefits, the case will be denied or terminated.

Households applying for or receiving TANF cash assistance/TANF-related Medicaid or CHAP must also cooperate with interview requests from Investigations and Recovery.

Information/Verification to determine past eligibility/benefits which does not affect ongoing eligibility cannot be requested at the same time information to determine initial and continuing eligibility is being requested. Information/Verification to determine past eligibility/benefits which does not affect ongoing eligibility can be requested separately, but if not provided, cannot cause a denial/termination for failure to cooperate.

In a noncooperation situation resulting in denial or termination, allow applicable adverse action and provide legal notification.

*TANFTANFTANFTANFTANFTANF* *SNAP SNAP SNAP SNAP SNAP SNAP*

## 163.1 Quality Control Cooperation - SNAP

Failure to cooperate with Nevada's Quality Control can result in ineligibility to participate in SNAP until compliance or up to 95 days from the end of the federal review period in which noncooperation occurred. The federal review period is from 10/1 through 9/30 each year. QC will notify the case manager in writing of SNAP non-cooperation and the ineligible dates. If the household contacts the office, during the adverse action period or the ineligible period, wishing to cooperate, advise the client to contact Nevada QC in Central Office. Notify QC of:

- terminations due to lack of cooperation with QC; and
- reapplication during a QC determined ineligible period.

SNAP households who reapply after non-cooperation with QC are subject to 100% verification of ALL eligibility requirements, even if not questionable. Expedited service households may be certified for only one cycle until the special verification requirements are met.

## 164 TANF Termination

If the TANF case is terminated:

1. update the SNAP case by removing the TANF income;
2. issue a supplemental SNAP allotment if needed;
3. update the SNAP case in the computer to reflect non-categorical eligibility if the household does not meet other categorical eligibility criteria;
4. update work program codes;
5. determine eligibility for any applicable Medicaid category. Post new information, if applicable, which will generate a notice to the client.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 11/06 01 Nov 11

**A-163.1**
**APPLICATION PROCESSING**
**Quality Control Cooperation - SNAP**

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 170 SNAP VOLUNTARY QUIT – INTAKE AND ONGOING

If an applicant or participating household reports the loss of a source of earned income, determine whether the individual voluntarily quit their job.

### 171 Applying Voluntary Quit

**Voluntary quit procedures do not apply to people who**

- Meet federal SNAP E&T exemption;
- End a self-employment enterprise;
- Resign a job at the employer's demand;
- Are currently on strike;
- Quit to take an equal or better job (see manual section A-830); or
- Obtain a job comparable to the one that was quit. A job is considered comparable if it involves:
  - equal or increased salary or hours; or
  - fewer hours or smaller salary, with the belief the new job offers better chances to improve job skills or better advancement opportunities.

**Voluntary quit procedures apply to**

- Any local, state, or federal government employee who loses the job because of participation in a strike;
- A member who leaves a job unannounced or does not return to work without good cause. **Note:** If an employer states the client was fired or laid off, voluntary quit procedures do not apply.

**A-170**
**APPLICATION PROCESSING**
**SNAP Program Voluntary Quit**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Nov 01 MTL 11/06

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 171.1 How to Determine if Voluntary Quit Applies

| Question | Yes | No |
|---|---|---|
| 1. Has a household member quit their most recent job(s) within 60 days before the application date or anytime after?<br><br>If the client voluntarily reduces their hours below 30 hours per week or reduces their hours so they earn below the equivalent pay of 30 hours per week at minimum wage, continue to evaluate voluntary quit.<br><br>Example: Client works two jobs both at 15 hours a week and quits one job; the remaining job does not pay the equivalent to 30 hours per week at federal minimum wage, this is a voluntary reduction in hours. | ☐ Go to Step 2. | ☐ Not Applicable. Stop. |
| 2. Did the job(s) involve at least 30 hours per week at federal minimum wage or equivalent earnings? Or, if the applicant worked two jobs, did the job the applicant quit supplement the continued job's hours or earnings to meet 30 hours per week at federal minimum wage or equivalent earnings? | ☐ Go to Step 3. | ☐ Not Applicable. Stop. |
| 3. Did the person have good cause for quitting the job(s) or voluntarily reduce their hours? | ☐ Not Applicable. Stop. | ☐ Go to Step 4. |

4. The voluntary quit penalty applies. The household member is disqualified.

## 172 (RESERVED)

## 173 Apply the Voluntary Quit Penalty

**Applicants** are disqualified beginning with the first issuance cycle.

**Ongoing** individuals are disqualified with the first issuance cycle administratively possible if reported and acted upon in a timely manner. **Note:** If the decision is upheld by the Hearing Officer, continued benefits are not a claim to be repaid. (See manual section B-800 for applicable penalties.)

If the client quits but does not report the quit or the quit action is not acted on timely:

- Apply any remaining penalty after adverse action ends, and
- Calculate a claim for any cycles the household was issued a disqualification notice, but the disqualification was not imposed timely.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 11/06 01 Nov 11

**A-171.1**
**APPLICATION PROCESSING**
**How to Determine if Voluntary Quit Applies**

***SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP***

The disqualification continues even if the certification period ends before the end of the disqualification period.

If an individual who has voluntarily quit a job moves to another household, that individual is ineligible for the remainder of the penalty period.

The voluntary quit penalties are listed in manual sections A-830 and B-932. Disqualify the SNAP participant who voluntarily quits a job without good cause for the minimum time and until compliance. Apply the applicable time period based on the first, second and third violation.

Notify the household within 10 days of learning of voluntary quit, even if closed or denied for another reason, except:

<table>
<tr><th>If the quit is determined/discovered...</th><th colspan="2">Then...</th></tr>
<tr><td>prior to certification (approval) is complete,</td><td colspan="2">disqualify the individual starting with the first benefit month. Note: If the household splits into more than one household, the sanction shall follow the member who caused the disqualification.</td></tr>
<tr><td>after certification (approval) and early enough to prevent issuance of the last SNAP benefits,</td><td colspan="2">disqualify the individual starting the first month after the adverse action notice period ends.</td></tr>
<tr><td rowspan="3">too late in the certification period to prevent issuance of the last month's benefits,</td><td>If the household...</td><td>Then...</td></tr>
<tr><td>reapplies before the end of the certification period,</td><td>disqualify the individual for the full disqualification period. Notify the individual they are ineligible beginning with the day after the last certification period expires.</td></tr>
<tr><td>does not reapply by the last day of the certification period.</td><td>on the last day of the certification period<br>• send the individual notification they are ineligible for a specified period, and until they comply by obtaining a comparable job, beginning with the first day after the old certification period expires.</td></tr>
</table>

**A-173**
**APPLICATION PROCESSING**
**Apply the Voluntary Quit Penalty**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 Nov 01 MTL 11/06

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 174 Reapplication After Voluntary Quit

Once applied, re-establish eligibility during the penalty period only if:

- The individual who quit
  - meets a federal SNAP E&T exemption; or
  - obtains a new job comparable to the one that was quit. A job is considered comparable if it involves one of the following:
    - equal or increased salary or hours; or
    - fewer hours or smaller salary, with the belief the job offers better chances to improve job skills or better advancement opportunities.

## 175 Determining Good Cause

Determine good cause for

- Voluntary quit;
- People required to register for work and fail to comply; and
- Those whose UIB is reduced or denied because of noncompliance.

Refer to manual section A-830 for Determination of Good Cause.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 11/06 01 Nov 11

**A-174**
**APPLICATION PROCESSING**
**Reapplication After Voluntary Quit**

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 180 TANF/SSI HOUSEHOLDS APPLYING FOR SNAP

### 181 Joint SSI-SNAP Applications Filed in the Social Security Office

#### 181.1 Eligibility Requirements

Households whose members are all applying for or receiving SSI may apply for SNAP at the Social Security Administration office unless they already have an application for SNAP pending.

These households are not required to come to the local office to apply or reapply. If more information is needed, contact them by home visit, telephone, or mail.

#### 181.2 Initial Application

SSA accepts and may assist the household in completing the Application for SNAP-SSA during the SSI interview. SSA offices maintain a supply of applications. SSA forwards the following items to the local office within one work day after the application is received:

- the application;
- a transmittal sheet (Form SSA-4233); and
- any verification SSA has received.

Once the application is forwarded, if SSA receives additional verification it will also be sent with Form SSA-4233.

**Note:** The date of application is the date SSA receives the application. SSA notes this date on Form SSA-4233. The 30-day processing time limit begins with this date.

#### 181.2.1 Expedited Service

SSI households are entitled to the same expedited procedures as other households **except** expedited service processing time frames begin with the date the application is received in the local office.

Staff at SSA

- screen the application for expedited service on the day the application is received;
- indicates "Expedited Processing" on the first page of the application if the household appears to be eligible; and
- forwards the application within one workday.

The household may also take the application to the local office.

**A-180**
**APPLICATION PROCESSING**
**TANF/SSI Households Applying for SNAP**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 11/066 01 Nov 11

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

### 181.3 Work Requirements and Voluntary Quit

Household members who apply jointly for SSI and SNAP at the Social Security office **are exempt from work requirements** until SSI eligibility is determined.

### 181.4 Special Review

Future action households who apply jointly for SSI and SNAP to verify their SSI status after three months.

### 181.5 Verification of SSI Status

Verification of SSI status may be obtained through the State Online Query (SOLQ), State Data Exchange (SDX) system interface, documentation provided by the household (e.g., copy of the check or award letter), or other information which shows the benefit amount.

### 181.6 Notice of Expiration

A Notice of Expiration (NOE) is sent to an SSI household using the same time frames as other households. The NOE informs the household they may reapply at the Social Security Office and are eligible for a telephone interview for recertification.

**Note:** A face-to-face interview is **not and cannot be required**; however, if a household requests a face-to-face interview, one must be conducted.

### 181.7 Reporting Changes

Households whose applications have been processed jointly are subject to the same change reporting or simplified reporting requirements as other SNAP households.

Information on the household's SSI benefit is automatically provided through the interface screens via INFC. Information received through an interface is reacted to as any other change.

### 181.8 Recertification

Households in which all members are applying for or receiving SSI may file a reapplication for SNAP at SSA.

The SSA office sends

- the application,
- transmittal sheet (Form SSA-4233), and
- any available verification to the local office.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
10 Jul 01 MTL 10/04

**A-181.3**
**APPLICATION PROCESSING**
**Work Requirements and Voluntary Quit**

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 182 Categorically Eligible Households

Categorically eligible households are subject to fewer eligibility requirements than other SNAP households. However, categorical eligibility does not mean a household automatically receives SNAP benefits.

Categorically eligible households consisting of;

- one or two household members will receive:
  - a pro-rated allotment based on the minimum monthly allotment for the application month; or
  - the current minimum monthly allotment.
- three or more household members will:
  - receive a pro-rated allotment based on an allotment less than the current minimum monthly allotment for the application month; or
  - receive a reduced benefit if the calculated benefit is less than the current monthly minimum allotment; or
  - be placed in a suspense status if determined eligible for a zero benefit.

### 182.1 Eligibility Criteria

Households are categorically eligible if at least one member receives one of the TANF benefits listed below, as long as the benefit is considered to be for the entire household. Therefore, as long as all household member incomes and resources have been evaluated in the determination of the TANF benefit, the household is categorically eligible. Categorical eligibility is limited to the month in which the client received one of the following benefits:

- **TANF Cash Grant** — Temporary Assistance for Needy Families cases including NEON, TCHD, TEMP and SSG,
- Have an active TANF case but benefits are suspended or recouped, or
- Receive zero benefits because their TANF benefits are less than $10,

- **Job Retention Services** — TANF funded job retention case management services purchased from community-based organizations for TANF participants who become employed. Job retention services are authorized for all TANF recipients who become employed. These funds have not been available since June 30, 2002.

- **TANF Employment Bonus** — TANF-funded incentive payment designed to reward a client for keeping a job for 6 months or more. Ongoing or terminated households who provide proof of retaining a job with an average of 25 hours per week for 6 months may apply for and receive a one-time work allowance bonus of $350. Certification for the TANF work allowance bonus will qualify the household for

**A-182**
**APPLICATION PROCESSING**
**Categorically Eligible Households**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 10/04 01 Jul 10

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

categorical eligibility status for the current certification period effective with the benefit month the bonus is received. Because this payment cannot be anticipated, categorical eligibility will be applied to the current certification when issuance of the one-time bonus payment becomes known or retroactively upon discovery (e.g., SNAP benefits are approved 3/1/01 through 9/30/01. On 5/15/01, the worker discovers the TANF bonus was paid to a household member on 5/10/01. Categorical eligibility is applied to the month of May only.

- **Contracted Services** — TANF-funded contract services for substance abuse and/or domestic violence services when the TANF grant is zero due to a sanction or a case is pending TANF grant approval. Because contracted services cannot be anticipated, categorical eligibility will be applied to the current certification period when these services become known or retroactively upon discovery (e.g., SNAP benefits are approved 3/1/01 through 9/30/01. On 5/15/01, the worker discovers a household member received TANF-funded services for substance abuse on 5/10/01. Categorical eligibility is applied to the month of May only.

- **Support Services** — TANF-funded supportive services which are available to applicants, recipients and non custodial parent (NCP), include transportation services, and special needs (e.g., bus passes, cab fare, clothing vouchers, reimbursements for vehicle repairs, etc.). Because these services cannot be anticipated, categorical eligibility will be applied when the services become known or retroactively upon discovery (e.g., SNAP benefits are approved 3/1/01 through 9/30/01. On 5/15/01, the worker discovers that a household member received supportive services on 5/10/05, the categorical eligibility is applied to the month of May only.

- **Expanded Categorical Eligibility** – Categorical eligibility will be expanded to include all SNAP households whose gross income is equal to or below 200% of Poverty and who receive the updated "This Is Your Copy" page of the Application for Assistance that included the following text:

  *Utilizing TANF funds, DWSS through the Nevada Public Health Foundation (NPHF), has developed a class to target pregnant and parenting teens receiving TANF cash assistance. Teen parents receiving TANF benefits and services are known as STARS (Supporting Teens Achieving Real-life Success) participants. This class has been expanded to include other pregnant and parenting teens receiving other forms of assistance such as SNAP and Child Welfare. This one-day class places emphasis on employment, success in the workplace, decision-making, money management and health, such as birth control and sexually transmitted diseases. In addition, Community Action Teams, an entity of the Nevada Public Health Foundation, conduct community assessments of teen pregnancy and its prevention and identify potential methods for reducing teen pregnancy through abstinence-based programs. Youths, parents, business, churches, health care providers, law enforcement, schools and other organizations are encouraged to serve on the Community Action Teams. Men of all ages are also encouraged to serve as positive role models, reinforcing the postponement of sexual involvement message.*

Division of Welfare and Supportive Services
Eligibility and Payments Manual
11 May 01 MTL 11/02

**A-182.1[1]**
**APPLICATION PROCESSING**
**Eligibility Criteria**

**NOTE**: Households receiving this updated form and who continue to meet 200% of poverty are considered to have received a TANF funded benefit for the entire approved certification period and meet the criteria for expanded categorical eligibility.

**Other categorically eligible households include households in which all members receive a combination of any of the following:**

- Interim Assistance (IA), county/general assistance or Indian General Assistance (IGA).
- SSI (must meet citizenship requirements).
- any of the TANF benefits listed in manual section A-182.1.

**Categorical eligibility does not apply to households**:

- if any member is disqualified from SNAP for Intentional Program Violation (IPV);
- if the SNAP head of household is disqualified because they failed to comply with SNAPET work requirements or workfare;
- if any SNAP household member is ineligible due to a conviction for a drug-related felony.

**182.2 Special Treatment for Households Meeting Categorical Eligibility Criteria**

Categorically eligible households are not subject to the resource limits. Categorically eligible households must only meet the 200% of poverty income limits. These households automatically meet SNAP requirements and are exempt from having to provide verification of resources.

**Note:** The work registration requirements and voluntary quit provisions **DO** apply to categorically eligible households.

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

## 182.3 SNAP Categorical Eligibility Screening Test (Form 2152-EF)

All SNAP cases being denied or terminated/closed for excess income exceeding 200% of poverty **MUST** be screened for categorical eligibility using Form 2152-EF, SNAP Program, Categorical Eligibility Test, to ensure benefits continue to be available to categorically eligible households. Upon completion of the form, the original (white) copy of the form **must be** maintained in the case jacket to document the screening was done for federal and state compliance purposes.

## 182.4 Reserved

## 182.5 Computer Entry

All SNAP households must be evaluated for expanded categorical eligibility. Categorically eligible households are identified by entering "Y" (Yes) on the **STAT** screen. Households who do not meet the expanded categorical eligibility either due to an ineligible household member or who exceed the 200% of poverty income limits must have "**N**" entered on the **STAT** screen.

## 182.6 Methods of Reporting Changes

Households may report changes

- by phone
- by mail
- in person
- by fax or email

Offices may forward changes erroneously reported to them by

- inter office mail, fax, email, or
- referring the household to the correct office.

## 182.7 Replacement of Benefits

Replacement and reissuance of SNAP benefits for categorically eligible households is the same as for other households.

## 182.8 Case Transfers

When local offices maintain categorically eligible households in a separate location or caseload, they must be transferred back to normal processing and assignment if the household loses categorical eligibility (income or household composition changes) or because local office staff requests the transfer under special circumstances. The losing office attaches a cover memo to the cases explaining the reason for return to the gaining (receiving) office. The case updated in the computer to reflect all changes.

Division of Welfare and Supportive Services
Eligibility and Payments Manual
10 Jul 01 MTL 10/04

**A-182.3**
**APPLICATION PROCESSING**
**Reserved**

*SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP SNAP*

Untimely reapplication cases received in the losing office in the month after the last benefit month are also sent to the gaining (receiving) office following transfer and case review guidelines.

**183 Joint SSI-SNAP Applications Filed in Public Institution**

A resident of a public institution may jointly apply for SSI and SNAP while in the institution by completing a single application before they are released.

The Social Security Administration

- obtains the complete SSI/SNAP application and conducts the interview for both programs.
- forwards the application to the district Welfare office with any verifications for processing. The words "PRE-RELEASE" will be written in large letters on the first page of the application.

Upon receipt in the local office

- pend the application until notified of the impending release date of the inmate. This should be received prior to the inmate's actual release. The release date is the date of application.
- once notified, SSA provides residence and household composition information about the inmate. If SSA does not have the information, the inmate or institution must be contacted.
- application processing time frames are effective the date of release. Process and certify the application normally, including entitlement to expedited service.

If the inmate is not released, deny the application, as the residence is an ineligible institution.

| **If the inmate is...** | **Then...** |
|---|---|
| eligible for expedited services | • certify within expedited service time frames, and<br>• issue benefits, or<br>• transfer the case to the appropriate office if applicable. |
| not eligible for expedited services | • certify the application using normal time frames, and<br>• issue benefits, or<br>• transfer the case to the appropriate office if applicable. |

**IMPORTANT**: Future action (FACT) the case in the computer to verify SSI eligibility in the third month of certification.

**A-182.8**
**APPLICATION PROCESSING**
**Joint SSI-SNAP Applications Filed in Public Institution**

Division of Welfare and Supportive Services
Eligibility and Payments Manual
MTL 10/04 01 Jul 10