Exhibit A

Exhibit A

## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, __Denisha Phillips__ hereby declare as follows:

1. I am a resident of __Las Vegas__, Nevada, which is located in __Clark__ County, where I have lived since __2008__.

2. I have been receiving benefits for __Energy Assistance + SNAP, Medicaid)__ [type of public assistance] since __2011__. In connection with my receipt of public assistance, I have visited the __DWSS__ [name of public assistance office] located at __1040 @ Owens Ave.__ [address].

3. On or about the following date(s) __6/19/12__, I ~~went to the public assistance office~~/applied online (circle all that apply) named above to ~~apply for benefits~~/recertify my benefits/renew my benefits/ change my address (circle all that apply and cross out the others). At that time (when I went to the public assistance office and/or when I applied online), I was not asked nor do I recall being asked if I was registered to vote or whether I would like to apply to register to vote. I was never presented with nor do I recall being presented with any document that asked me if was registered to vote at my current address, or whether I would like to apply to register to vote at that time. I was never offered nor do I recall being offered a voter registration application.

    *Asked on the form, but not by anyone in person*

4. I am/~~am not~~ (circle one) registered to vote where I live at this time.

1

5. I would like to register to vote. I meet the qualifications to register because I am a United States citizen, I will be at least 18 years old and a resident of my current precinct for at least 10 days by the next election date, I have been a resident of Nevada for at least 30 days, I do not currently have a felony conviction that makes it unlawful for me to vote, there is no court declaration stating that I am mentally incompetent to vote, and I do not have a permanent residence in any other place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of June, 2012.
  DATE           MONTH

(Signature)

Address 1950 Simmons St
        Las Vegas, NV 89106

Phone 702 526 8256

2