Exhibit D

Exhibit D

# Child Care
# Program Overview

**100**    **CHILD CARE PROGRAM OVERVIEW**

**101**    **Introduction**

Effective October 1, 1996, Congress enacted the Child Care Development Fund (CCDF), which consolidated the funding for child care for low-income working families and families reentering the workforce.

CCDF requires Nevada to provide child care assistance for the following categories:

- New Employees of Nevada (NEON)
- At-Risk
- Discretionary

The Child Care Subsidy Program may pay up to 100% of the state maximum rate for child care costs. Payments may be made to a provider of the parent's choice, when the provider is registered with the Child Care Subsidy Program. Refer to manual section 600, Provider Information for additional details.

Child Care funds **cannot** be used for the following purposes:

- Children enrolled in grades 1 through 12 for any service provided to these children during the regular school day; **or**
- Any service for which such children receive academic credit toward graduation; **or**
- Any instructional services that supplant or duplicate the academic program of any public or private school.

**102**    **General Provisions**

Within the Child Care Subsidy Program, there are three (3) types of subsidies.

- Certificate – Provides a Certificate to eligible households which details the level of benefits, the child's approved schedule for child care services, and the effective dates. Reimbursements are based upon the authorized schedule and actual attendance of the eligible child. The Certificate Program **cannot** be used in conjunction with the Contracted Slot Program.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

- Contracted Slots – There are Delegate Agencies which have a certain number of slots available for low income families. These providers are mainly before and after school programs such as Boys & Girls Clubs. Reimbursement for the month of service is authorized when an eligible child attends at least one (1) day of service during the service month; however the reimbursement is based upon a maximum of five (5) days per week at the full-time rate. The Contracted Slots Program **cannot** be used in conjunction with the Certificate Program.

- Wraparound Services – There are various Head Start agencies who provide services to eligible children who require child care services before or after the Head Start program. Reimbursement for services is based upon a maximum of five (5) days per week. Wraparound Services can be used in conjunction with either the Certificate Program or the Contracted Slots Program but not with both programs at the same time.

103        **Availability of Child Care Subsidy Benefits/Waiting List**

No person will be discriminated against for any reason such as race, age, color, religion, sex, disability (including AIDS and AIDS related conditions), handicap, political belief or national origin in any program funded by DWSS.

In the event of identified program funding shortfalls, otherwise eligible households will be prioritized by program in the following order:

1. NEON                          4. Special Need Discretionary
2. Special Need At-Risk          5. Discretionary
3. At-Risk

103.1      **Waiting List**

If sufficient funds are not available in the At-Risk or Discretionary funding categories, the Division of Welfare and Supportive Services (DWSS) Child Care & Development Chief may implement a waiting list.

**NOTE:** Applicants who are eligible for NEON funded benefits must not be placed on a waiting list or have services delayed.

To be placed on the waiting list, the parent/caretaker must complete an Application for Child Care Subsidy, Form 2151-WC, and be prescreened for eligibility. For purposes of placement on the waiting list, the case manager must use applicant self-declaration and will not pursue independent verification of information.
Households placed on the waiting list must be categorized by potential funding category and subsidy level. Families within a common funding

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

category and subsidy level must be served based upon the date of application. The oldest application must always be served first and prioritized using the order listed above.

Once funding is available, households, according to the prioritization listed above, must be contacted to submit a new application and required verifications. Until funding is available, additional information/updates are not required.

When a currently eligible household loses subsidy eligibility due to a loss of purpose of care (loss of job, school ends, etc.) new eligibility can be determined without consideration of wait list placement if the household, with 45 calendar days, submits a new application with a demonstrated current purpose of care. Ensure all cases are evaluated for prior 45 days eligibility and as appropriate exempt these cases from wait list placement.

**104      Duplicate Benefits**

A child may participate in only one household at a time. If a child is receiving subsidy benefits with another household, benefits must not be approved for the child until he/she is removed from the other household's certificate. Refer to manual section 217 regarding evaluation of households who share joint custody of a child.

**105      Selection of a Child Care Provider**

It is the parent's/caretaker's responsibility to select a child care provider. Child Care Program staff may assist in providing the parent/caretaker with information about local child care providers; however, they must **not** recommend or endorse any program or service. Families are encouraged to visit and interview several programs prior to making a final decision.

The child care provider(s) chosen by a subsidized parent/caretaker must comply with all licensing standards and regulations and are subject to maintaining minimal health and safety standards. When a parent/ caretaker chooses a child care provider who is exempt from licensing, the provider must be registered with the Child Care Program, who may inspect the provider's compliance with minimal health and safety standards.

**105.1      NEON Clients Unable to Find Suitable Child Care**

If a single custodial parent of a child under six (6) years of age cannot find suitable child care based on the definitions found below, DWSS staff and/or DWSS NEON contract staff may make an exception to the work requirements. The parent must provide proof to substantiate the claim of unsuitable child care. The Child Care case manager must complete Work Requirement Exception, form 2153-WC, and send it along with the

<u>DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual</u>

verification provided by the parent to the appropriate NEON staff for a decision.

<u>CHILD CARE DEFINITIONS</u>

**Appropriate Child Care** - Child care chosen by the parent offering developmentally appropriate practices which meet the needs of the parent and child.

**Reasonable Distance** - A parent should not have to travel more than sixty (60) minutes to drop off their child at the care provider location and sixty (60) minutes to pickup their child.

**Unsuitability of Informal Care** - Informal child care is unsuitable if it is not being provided legally, or does not meet basic health and safety standards as outlined in the Child Care State Plan.

> **NOTE:** Legal child care is defined as licensed care, if required by state/county/city law. If **licensing** is not required by law, the provider must be registered with the Child Care Program.

Informal child care is unsuitable if circumstances exist that may cause possible abuse, neglect or harm to children as outlined in city, county and/or state statutes.

Informal child care is unsuitable if the arrangements do not support the working schedule of a parent, are not affordable, are not easily accessible, or do not meet quality standards as defined by the parent.

**Affordable Child Care Arrangements** - Affordable child care is child care that does not exceed 10 to 15% of the parent's gross income.

**106**        **Referrals**

Subsidy benefits may be requested based on a written referral from another agency; however, a completed Application for Child Care Subsidy, Form 2151-WC is required prior to the issuance of benefits and service will be provided based on a written contract with the referring agency and/or the availability of funds. The referral must be kept in the eligibility case file and documented in the computer system.

Possible agencies that may refer clients are (not all inclusive):

- Division of Welfare and Supportive Services (DWSS)
- Washoe County Social Services (WCSS)
- Clark County Social Services (CCSS)
- Employment Security Division (ESD)
- Division of Child and Family Services (DCFS)
- Child Protective Services (CPS)
- Non-profit social service agencies (i.e., Shelter for Homeless)

**106.1    DWSS Referrals**

NEON Child Care referrals from DWSS or NEON contract staff must be submitted on NEON Child Care Referral, form 2728-WA.

Within one (1) business day of receiving a NEON Child Care Referral the case manager must initiate contact with the client to make arrangements for issuing a Certificate, as long as the referral is complete.

The referral is considered complete when it lists the following:

- The date of issuance; **and**
- Clients current name, address, and Welfare case number; **and**
- The Welfare program and household type (i.e., one parent, two parent, etc.); **and**
- The reason child care services are being requested (NEON Pre-eligibility Work Activities, NEON Work Activities or Temporary Program Activities); **and**
- The start and end dates when services are needed; **and**
- The purpose of care schedule; **and**
  **NOTE:** If the referral does not include the client's schedule, the case manager must accept the client's statement. If the information is questionable, the case manager must verify the actual schedule and notify the appropriate NEON case manager of the results. If it is found the client misused child care services, the case manager must evaluate the case for an Intentional Program Violation (IPV) in conjunction with the appropriate NEON case manager.
- If applicable, the type of income DWSS has on file for the client and/or other household members; **and**
- The NEON case manager's name and phone number.
  **NOTE:** The NEON case manager may also include their email address, however it is not required.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

If a referral lacks the information necessary to complete a certificate (other than schedule as noted above), child care staff should not take any action on the referral and return the referral to the NEON case manager for completion.    In addition, the case manager must provide a written explanation of why the referral is being rejected to the designated DWSS management staff.

**Exceptions:**

1. If a case manager receives a referral for one adult household member but the referral indicates it's a two parent household, the case manager must contact the DWSS worker to clarify the purpose of care for the second parent/caretaker. However, services must not be delayed for the referred individual while the issue is being resolved; therefore the information indicated on the referral should be used.

2. DWSS may issue a referral for a two-parent household authorizing care; noting only one parent is working when domestic violence may be an issue. The referral may or may not document the type of eligibility. It will be marked with the DWSS case worker's name and phone number, requesting the Child Care case manager call for further information regarding the case.    **These clients must receive immediate services.**

In addition, if a referral is received after the issuance date, NEON subsidy benefits can be approved back to the referral issuance date without prior approval from the Child Care& Development Chief. However, if the Child Care Start Date is prior to the referral issuance date, the Child Care case manager must notify the NEON case manager services can only be provided from the referral issuance date forward. If services are required prior to the referral issuance date, DWSS/Contract staff must request approval for this time period through the Child Care and Development Program Chief.

> **NOTE:** If the referral issuance date is greater than fourteen (14) calendar days from the date of the interview with the child care program staff, the child care case manager must contact the NEON worker to ensure the referral information is valid prior to approving the benefits.

Once a completed NEON referral is received, the case manager **must not re-verify the non-financial and income elements of eligibility**. If the client provides additional information which does not match the NEON referral, the child care case manager must refer the client to their NEON worker to report the changes and attempt to contact the NEON worker regarding the conflicting information. However the referral must still be acted on and the certificate issued within the appropriate time frames.

Child Care Program staff will not be held responsible if benefits are provided based upon a referral from DWSS or NEON contract staff and it is discovered that the household does not meet the program eligibility criteria.

**107**     **Applications Causing Conflicts of Interest**

Case managers must not process applications that cause a conflict of interest. Conflicts of interest may include employee/employer relationship, dating relationship and/or situations in which the applicant is the case manager's friend, roommate or relative. The manager/supervisor will determine the best method of application processing.

**108**     **Special Consideration Requests**

Requests for consideration to waive specific criteria of the Child Care Program policy may be submitted in writing to the DWSS Child Care and Development Chief for review. Documentation, which supports the request, is required (e.g., medical documentation if the client is claiming a permanent disability which prevents them from caring for the children and/or meeting the purpose of care requirement). A written decision will be issued to the applicant/recipient and the contracting agency.

The Child Care Program Chief's decision is final and cannot be appealed.

**109**     **Application Types**

Requests for an application for child care subsidy may be made verbally, in writing, in person, or through a representative. Upon request, every person will be mailed or given an Application for Child Care Subsidy, Form 2151-WC. Every person must be provided the opportunity to apply for subsidy benefits. Applicants will be provided assistance in completing the application if such help is requested.

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES   Child Care Policy Manual

### DISTINCTION BETWEEN AN INQUIRY AND AN APPLICATION

An inquiry is when an individual inquires about the program and does not submit a signed application to be evaluated for eligibility.  An application not signed by the client or authorized representative is an inquiry only and must be returned for signature.  The inquiry must not be entered in the computer system.

An application for subsidy benefits is made when an individual completes and signs the Application for Child Care Subsidy, Form 2151-WC and submits it to the program office either by mail, fax or in person.  However, if an application is faxed, the original document must be requested from the applicant and provided prior to the approval of benefits.   If the applicant provides the original application within the requested time period, eligibility can begin with the date the faxed application was received.  If the applicant fails to provide the original application, the case must be denied for non-cooperation.

By signing the application, the applicant is confirming they have provided accurate and truthful information.   If it is discovered the applicant has provided misleading or inaccurate information, the case manager must evaluate the case for an Intentional Program Violation.  Refer to manual section 800, Program Violation Penalties, for further information.

All signed applications and associated verification must be kept in the eligibility case file and documented in the computer system.

**110      New Applications**

A new application is defined as an application filed by the household when subsidy benefits are not currently being received.  The application date is the day the office receives Form 2151-WC, which contains the applicant's name, address, and appropriate signature.  If a two-parent household is applying and only one of the adults has signed the application, a Request for Information, form 2156-WC, must be given/sent to the household requesting the other parent sign copies of the Application, Parent Service Agreement and Program Penalties forms.  The original forms must stay in the case file.  If all other eligibility requirements are met, subsidy may begin effective the application date once the requested information is submitted.

Individuals who are applying for a NEON funded subsidy for the first time are required to complete an application.

**111**      **Reapplications**

Reapplications for subsidy benefits are made in the same manner as initial applications. Previous records and eligibility factors must be thoroughly reviewed/verified. All information used to verify eligibility factors which are subject to change, may be pulled forward from a previous application if the information is less than thirty (30) calendar days old.

To be eligible for uninterrupted benefits, the client must submit a new application prior to the end of the current certification period. If the client submits an application after the certification period has ended and funding is not available in the category for which they qualify, they may be placed on the waiting list. If a two-parent household is applying and only one of the adults has signed the application, a Request for Information, form 2156-WC, must be given/sent to the household requesting the other parent sign copies of the Application, Parent Service Agreement and Program Penalties forms. Refer to manual section 540 for reapplication processing.

Terminated cases must reapply for benefits by submitting a new application and may be subject to the waiting list.

**111.1**      **Reapplications for NEON Funded Households**

NEON funded households may receive additional subsidy benefits without completing a new application as long as they have a current NEON referral and they have not had a lapse in their TANF benefits. Refer to manual section 541 for NEON reapplication processing.

**112**      **Reinstatements**

Reinstatements are cases restored for service so there is not a lapse in coverage. A denied application may also be reinstated to a pending status or reinstated for approval.

Reinstatements may be done for the following reasons:

- The case was terminated/denied in error; **or**
- The client requests, and is eligible for, continued benefits during the appeal process.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

**120        INTERVIEW PROCESS**

**121        Interview Sites**

Eligibility can be determined by either a face-to-face interview with the client/representative, through the mail, or by telephone. If an interview is done through the mail or over the phone, necessary documents must be sent to the client for their signature.

**121.1        Interpreter Services**

The Division of Welfare and Supportive Services can assist in providing interpretive services for both foreign and sign languages.    If it is recognized or if the staff have any reason to believe that a person or companion is deaf or hard of hearing, they must be advised that appropriate auxiliary aids and services, such as sign language and oral interpreters, TTYs, note takers, written materials, assistive listening devices and systems, and telephones compatible with hearing aids, will be provided free of charge. The case manager must ensure that such aids and services are provided when appropriate.

To request an interpreter, the case manager must email the request to Welfare-InterpretiveServices@dwss.nv.gov at least two working days prior to the date of the interview/appointment. The request should include the type of interpretive services needed, the date and time of the interview/appointment, the name of the client, the office the interview/appointment will be held at, the type of interview/appointment to be conducted, estimated length of interview/appointment, name of employee who will be conducting the interview/appointment and the direct telephone number of the employee.

A DWSS unit clerk will contact the appropriate interpreter and confirm the appointment with the case manager. Once the request is received and processed, the case manager will receive a confirmation. If the case manager does not receive a confirmation within one working day, a second request should be sent.

Once the interview has been conducted, the case manager must submit another email verifying the interview has been completed.    This notification must include the office location, the case manager's name, the client's name, the interpreter's name, the length of the interview and the programs involved.
If the applicant cancels the appointment, notify the DWSS unit clerk at (775) 684-0615 of the cancellation, as soon as possible.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

122        **Authorized Representatives**

The use of an authorized representative (AR) is allowable when:

- The head of household's participation is limited because of their incapacity, incompetence or when they request someone act on their behalf; **or**

- The child attends a before and/or after school program and a parent/caretaker may be unavailable to sign the child in/out.

There are two (2) types of authorized representatives called primary and secondary representatives.

- A primary representative receives all requests for information along with any attachments plus all notices. They hold the same responsibility as the client in securing information for determining eligibility, reporting responsibilities and they are the only one authorized to sign on behalf of the client. Primary representatives have the same access to case information as the client.

    **NOTE:** There can only be one active primary representative on the case at any given time.

- A secondary representative is for before/after school providers and they have limited responsibilities which are designated by the client. The secondary representative is not responsible for securing or reporting information, however, if they choose, they may secure and report information to the program office. The secondary representative does not have the same access to case information as the client.

To designate an AR, the client and AR must complete the Designation of Authorized Representative, Form 2163-WC. The form must include the name, address and phone number of the person chosen as the AR and both the client and the AR must sign and date the form before the request can be processed. With each subsequent application, the designation of the AR is required. The original signed document must be kept in the eligibility case file and a copy provided to the client and representative. If the household member is physically or mentally incapable of signing their name, someone other than the AR must witness their mark.

To qualify as an authorized representative, the individual must be:

- 18 years of age or older, **and**
- designated by the client; **and**
- not providing child care services to the household.

> **EXCEPTION:** A before/after school provider can be designated as a secondary representative to sign and date an attendance record.
>
> **NOTE:** If the individual is a DWSS or Child Care Program employee, they must be related by blood or marriage to the applicant/participant to be the AR. In addition, if the AR is a Child Care Program employee, the AR must declare the relationship to management staff immediately and access to the client's case must be secured (e.g., case file locked up, etc.).

### 122.1    Abuse by an Authorized Representative

Authorized representatives may be disqualified from representing a household in the program if evidence is obtained that the representative has misrepresented a household's circumstances and/or has knowingly provided false information pertaining to the household. In addition, the client and/or AR may be liable for any overpayment resulting from inaccurate information provided by the AR.

### 123    Required Forms at Application

The following forms are required to be completed at each application unless the household has received a NEON funded subsidy. The original forms, signed and dated by the client, must be received prior to the authorization of subsidy benefits. Refer to manual sections 541 for additional information regarding NEON funded subsidy reapplications.

### 123.1    Rights and Responsibilities/Service Agreement

The Service Agreement outlines the rights and responsibilities of the client/representative, the provider and the Child Care Program staff in reference to the Child Care Program.

Applicants/clients and/or authorized representatives must sign and date the Service Agreement prior to subsidy benefits being approved. A new form must be reviewed and signed/dated at each application. The original signed document must be kept in the eligibility case file and a copy provided to the client/representative.

### 123.2    Program Penalties

The Program Penalties, Form 2165-WC, gives detailed information about changes the household must report during the certification period and the repercussions for failing to report such changes. It also gives information regarding the penalties for making false or misleading statements or concealing/withholding facts to establish or maintain program eligibility.

**DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual**

Applicants/clients and/or authorized representatives must read, initial, sign and date the Program Penalties form prior to subsidy benefits being approved. A new form must be reviewed and signed/dated at each application. The original signed document must be kept in the eligibility case file and a copy provided to the client/representative.

**123.3    Appeal Process**

Applicants/clients and/or their authorized representatives have the right to a hearing if they are not satisfied with an action taken by the Child Care Program that affects their subsidy benefits, this includes the assessment of an overpayment. The Appeal Process, Form 2161-WC, gives information about the procedures for requesting an appeal.

This form must be provided to the applicant/client and/or authorized representative at each application. Refer to manual section 550, Right to Appeal, for further information.

**123.4    Voter Registration Application**

Ensure the applicant has been informed that by completing the voter registration section of the application or declining to register will not affect eligibility or benefit amounts, and;

- A decision to decline or to register is confidential and used only for voter registration purposes; and

- A complaint can be filed with the Secretary of State, Capitol Complex, Carson City, Nevada 89710, if they believe someone interfered with their right to:

    - register or decline to register to vote; or

    - privacy in deciding whether to register or apply to register to vote.

If the household member answers "Yes", provide a Voter Registration Application.

Explain:

- assistance, on request, will be provided in completing the voter registration application form;

- the registration application may be completed in private and mailed at their convenience; and

- information regarding the office where the form originated will remain confidential and will not be used for voter registration purposes.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

If the household member answers "No", request they sign and date the form indicating their declination. If there is no response on the form, it is treated as a declination.

If the individual completing the interview is an authorized representative (AR), request the AR give the head of household the Voter Registration Application form. Document the form was provided to the AR.

Do not pend the case or delay benefits for completion of the voter registration section. This section is not an eligibility requirement.

**124    Eligibility Factors**

At each application, the following eligibility factors must be evaluated prior to the approval of subsidy benefits. For detailed information regarding these elements, refer to manual sections 200 and 300.

- Age
- Special Needs
- Identification
- SSN
- Citizenship

- Immunizations
- Relationship
- Custody
- Residency

- Household Composition
- Purpose of Care
- Child Support
- Income

**125    Verification**

Verification of all program eligibility requirements must be done prior to authorization and issuance of benefits.

Verification is the process of evaluating the required documents in relation to the eligibility requirements. For the verification to be acceptable, it must be "current" which is defined as being issued within the previous thirty (30) days.

> **EXCEPTION:** When verifying income eligibility, it may be necessary to utilize a sixty (60) day history to accurately project future benefits. See manual section 393 for more information on income budgeting procedures.

Do not deny, terminate or delay benefits if the household has tried all avenues to provide the requested verification or if a third party collateral source refuses to provide verification and there is no reasonable alternate verification available. The clients statement can be accepted in this type of circumstances, however all efforts made by the client or the third party non- cooperation must be documented in the computer system.

**125.1    Types of Verification**

- Verify elements of eligibility and other household circumstances that impact eligibility and benefit amount/level which are unverified and required.

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES     Child Care Policy Manual

- Do not re-verify eligibility factors that were previously verified and are not subject to change if previous verification is available in the local office. (Example: relationship, birth proof/citizenship, and deprivation due to death, or any other verification which is maintained in the permanent section.)

- Do not ask a client to provide additional proof if – verification is available through inquiry systems or interfaces (e.g., NOMADS, CSEP, ESD, SDX, WTPY, SSA Benefit Alerts, DMV&PS Internet), or the client indicates the information is readily available in the local office files (active, denied or closed cases including other program areas), and – the information is sufficient to establish current eligibility.

- Determine what types of verifications are readily available to the household and request them first if you anticipate them to be sufficient proof. If preferred sources of verification are not readily available, alternate sources of verification must be accepted if they are reliable and provide sufficient proof.

- Evaluate the verification the household provides and determine if it is reliable and sufficient to decide eligibility and benefit amount/level. If a source of verification is unreliable, suggest a reasonable alternative or request the client to designate another collateral source.

### 125.1.1     Primary Source – Hard Copy

This type of verification occurs when the case manager actually makes copies or receives copies of the document(s) the client provides. This includes, but is not limited to, pay check stubs, rent receipt, utility bills, birth certificates, Social Security cards, driver's license, NOMADS printouts, etc. The primary source of verification is able to stand solely on its own. This also includes forms (i.e., 2186-WC, Employment Verification, etc.) which verify any eligibility factor.

### 125.1.2     Secondary Source – Collateral Contacts

These contacts are made by telephone to landlords, employers, utility companies, Social Security Administration, etc., to verify information necessary to make an eligibility determination. The case manager should try to make these types of telephone calls when the client is present, if possible, although it is not necessary.

The results of all collateral contacts and other verifications must be documented and must always contain the name and telephone number of the person the case manager spoke to and the date the contact was made. Any other identifying information such as company, agency, person's title, etc. should also be included.

**125.1.3    Visually Viewed**

Any document that cannot be copied (i.e., naturalization document) must be documented in the computer system. In addition, if a NOMADS screen is viewed to verify any eligibility factor, it must be documented in the computer system which screen was used to verify that eligibility factor.

> **Exception**: Verification of income, if in NOMADS, cannot be viewed. It must be copied and included in the case file.

Documentation requirements must include the following pertinent information, as applicable:

- Name(s)
- Document type(s)
- Date(s)
- Document/Certificate and/or registration number (if applicable)
- Dollar amount(s) (if applicable)
- Date the information was viewed
- The worker's signature and title

**125.1.4    Other Verification – Client Statement/Self-Declaration**

This type of verification can only be used when all avenues of hardcopy or collateral contacts have been exhausted or there is undue hardship to the client if they are required to pursue obtaining certain verifications. Acceptance of this type of verification must be fully justified and the case manager must document in the computer system the reason why they have accepted a client's statement.

A client statement or the signed application may be used for proof of income when the client does odd jobs from various sources and cannot obtain verification or if the third party who is required to complete a form or statement on behalf of the client refuses to do so (this is known as third party non-coop). If the application is used, it must be signed within the previous thirty (30) days and give enough information to accurately project the household's ongoing countable income.

The client's statement must not be used to verify identity, citizenship, disability, age if under 19, SSN (when there is a discrepancy) or any information which is questionable.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

**125.2    Evaluating Verification**

As the case manager obtains verification, they must evaluate the evidence to ensure it:

1. Meets the verification requirements for the program element; **and**

2. Does not conflict with other evidence, or that the conflicts are resolved and documented; **and**

3. Proves (either by itself or in combination with other evidence) the facts being verified; **and**

4. Pertains to the case member(s) or other individuals to whom it is supposed to apply; **and**

5. Establishes the program element for the appropriate benefits and corresponding budget month.

**125.3    Questionable Information**

When information is received that is questionable or conflicts with information already in the file or information from another source contradicts statements made by the household, the case manager must attempt to resolve the issue prior to approving eligibility. The household must be provided an opportunity to resolve any discrepancy by providing proof or designating a suitable collateral source. The case manager must include case notes in the computer system regarding the clarification received.

**126    Incoming Information**

All information signed and/or received from the client or third-party must be date-stamped with the date the Child Care Program office received the documentation.

**127    Pending Information**

Benefits must not be approved if information required for the eligibility determination has not been received. Therefore, if all required proof cannot be furnished during the interview, the case manager must give the client a Request for Information (RFI), Form 2156-WC, explaining what is needed, the date the information is due and the date the application will be denied/terminated if the information is not received. A copy of this form must be kept in the client's eligibility case file.

The household must be allowed at least ten (10) calendar days to provide requested information unless a shorter time period is **agreed to** in writing. The day after the request date is the first day of the 10-day period. When the due date falls on a weekend or holiday, the due date is the next working day.

If all needed information is provided, the client is notified in writing of the eligibility results. (Refer to manual section 140, Disposition of Application.)

If information is not provided or postmarked within the requested time period, the case manager must deny the application immediately (additional notice is not required).

> **Exception:** When SSN's are requested from the household via the RFI, and the household fails to provide the SSN, benefits must be continued without penalty and the refusal documented in the computer system. Refer to Section 213, Social Security Numbers, for additional information.

When a household or individual is attempting, but is unable to provide the information by the date specified in writing, the due date can be extended to allow time for the additional information as long as the contact is made prior to the expiration date of the RFI. The case manager must document the new due date and the reason for the extension in the computer system case notes.

If the case has been terminated and the information is received before the effective date of the termination, the case may be reinstated. Prudent worker judgment is always applicable for reinstating cases in the above situation or when there are other extenuating circumstances which prevent a household or individual from meeting deadlines.

> **NOTE:** Third party non-cooperation cannot cause the household to be ineligible. Refer to manual section 131, Cooperation with Child Care Program Requirements.

## 128    "Prudent Person" Principle

The policies and procedures included in this manual are rules for determining eligibility. It is impossible to foresee and give examples for all situations; therefore, Child Care Program staff is encouraged to use reason and apply good judgment in making eligibility decisions when rare and unusual situations are encountered. A reasonable decision made based on the best information available using reason and logic, program knowledge, experience, and expertise in a particular situation is referred to as the "prudent person" principle.

The case manager must document in the computer system the rationale used to make the decision and any applicable manual references and policy interpretations. Follow local office procedures for obtaining an interpretation from Child Care Program Specialists in Central Office, or submit Form 6018, Policy and Procedure Inquiry, requesting clarification or directives, to the Chief of Child Care and Development Care Program, when it is impossible or inadvisable to follow the prudent person principle because of a lack of information or program knowledge or the existing policy is unclear.

## 130    COOPERATION

### 131    Cooperation with Child Care Program Requirements

The household is required to cooperate with the Child Care Program in securing all information needed to determine initial or continuing eligibility. Failure to do so results in ineligibility for the entire child care household. The case manager may assist in obtaining verification when a household is cooperating but is unable to provide the required verification.

If a third party refuses to supply information without an individual's permission, the second page of the most recent application may be used as an authorization to release information. To protect the household's privacy, the case manager must not copy the top portion of the application where the client reports income, education or provider information.

### 132    Cooperation with the Division of Welfare and Supportive Services (DWSS) and/or the Child Care Program

A case may be selected to review the accuracy of subsidy benefits paid or authorized. Clients are required to cooperate with the review process. Failure to cooperate may result ineligibility until compliance. If the client fails to cooperate with DWSS, DWSS will notify the Child Care Program office in writing of non-cooperation and Child Care Program staff will terminate assistance immediately, allowing for advance notice of the adverse action. If the household contacts the Child Care Program office during the ineligible period wishing to cooperate, the program office must advise the client to contact the applicable DWSS Unit responsible for reviewing the case (i.e., Investigations, Quality Control, etc.).

Program eligibility will not be restored until DWSS reports client compliance to the Child Care Program office.

> **NOTE:** Refer to manual section 625 for provider cooperation requirements with DWSS.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES   Child Care Policy Manual

140     **DISPOSITION OF APPLICATION**

An eligibility decision must be made within thirty (30) calendar days after a completed and signed application is received in the program office. The day after the date the application is received in the program office is the first day of the 30-day period.

EXCEPTION:   The worker determines there are extenuating circumstances which necessitate the eligibility decision exceed the thirty (30) calendar day period.   The reason must be documented in the computer system.

EXAMPLE:  Client reschedules an interview and at the interview additional verification is required which when allowing the ten (10) days would take the decision date past the 30 day calendar period.

**NOTE:**   Since an in-person interview is not required, extenuating circumstances would not include initial interviews being scheduled out so far as to not allow the ten (10) days for the client to provide information and enough time for the case manager to process the case.

141     **Notice of Action to the Applicant/Client**

At the end of the interview/evaluation, the case status is pending, denied, or approved.   Any time benefits are approved, denied, increased or reduced, a Notice of Action/Notice of Appeal, Form 2158-WC, must be provided to the household.  The Notice of Action explains their eligibility status and the reason for the decision and the Notice of Appeal allows the household the opportunity to appeal any negative decision made by the Child Care Office.   Refer to manual section 550, Right to Appeal, for details regarding the appeal process.

142     **Pending Application**

The household's application is considered pending if adequate information is not received to determine eligibility.

If additional information or action is required or requested, the applicant must be provided a Request for Information, Form 2156-WC, advising them:

- What information is needed or what action must be taken; **and**
- The date the information must be provided or action must be taken (usually 10 calendar days.  Refer to manual section 127, Pending Information); **and**
- Benefits will be denied or terminated if the household fails to cooperate by the required date.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

143    **Denied Application**

Benefits are denied immediately when:

- Ineligibility is established; **or**
- The applicant/representative fails to provide information **essential** to determine eligibility within the requested time period.

If the household is denied, the client must receive a Notice of Action/Notice of Appeal, Form 2158-WC.

144    **Approved Application**

Benefits are approved when all eligibility requirements are met. At the time the client is determined to be eligible for subsidy benefits, they must be issued a Certificate, a Notice of Action/Notice of Appeal (Form 2158-WC) and a copy of the Income Worksheet/Fee Agreement.

The Certificate must include the following:

- The date subsidy benefits begin and end; **and**
- The subsidy percentage the Child Care Program will pay; **and**
- The daily rate the Child Care Program will pay; **and**
- The funding category the benefits will be paid from; **and**
- The name of the eligible child(ren); **and**
- The provider who will care for the approved child(ren); **and**
- The authorized schedule of attendance for the child(ren); **and**
- The amount of time the child(ren) are authorized on a daily basis (i.e., FT, PT); **and**
- Notice to the client/provider that benefits may be terminated prior to the end date on the Certificate if case circumstances change.

The Certificate authorizing benefits is valid only if signed by an authorized representative of the Child Care Program. The approval date is the date the Certificate is signed and dated by the case manager.

144.1    **Certificate Distribution**

The original signed Certificate must be kept in the eligibility case file. Copies must be provided to:

- The client/representative, **and**
- The provider.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

## 150      CASE NOTES

Case notes are a chronological history of case events that are maintained in the computer system which support the actions taken by the case manager. After every contact with the client and/or an action taken on the case, case notes must be made in the computer system. Case notes must contain enough information so anyone reviewing the case can determine the reason, logic and accuracy of the determination.

Examples of actions to be documented in the computer system are (not all inclusive):

- Approval of benefits
- Denial of benefits listing the denial reason
- Any updates to the case which result in an increase or decrease of benefits
- Termination of benefits listing the reason the case is being terminated
- Changes reported by the client or any other source
- Change in an authorized representative
- Updates of address, phone number, etc.
- Change in household composition
- Details of conferences and/or hearings results
- Client contacts (concerns or complaints from the client)
- Appointment dates and times scheduled
- Client no-show for appointments

Other information pertaining to the case may also be documented in the case notes as long as it is factual and not the opinion of the case manager. **Case notes must never be backdated.** The current date must be used for making entries even if the activity took place on a previous day. The case manager must document the actual date of the activity within the narrative if it is different than the date of entry.

## 160      APPROVING CHILD CARE SUBSIDY BENEFITS

## 161      Authorization of Subsidy Benefits

Before the Certificate is issued, Child Care Program staff must ensure funds are available to reimburse the child care provider for services rendered in accordance with the Certificate. Refer to manual section 103 Availability of Child Care Subsidy Benefits/Waiting List for additional information.

All Certificates must be issued from the computer system; however, in the event it cannot be accomplished at the time of the decision, a handwritten Certificate may be issued for the current month only. Within five (5) calendar days after issuing a handwritten Certificate, the information must be entered in the computer system and an automated Certificate must be generated for the remainder of the certification period and issued to the client and provider.

**162        RESERVED**

**163        Subsidy Amount**

Parents/caretakers are required to participate in the cost of their child care services. The co-payment amount is determined by the household size and countable income as detailed in manual section 190, Income Limits and Subsidy Percentages. The household must pay a minimum 5% co-payment, unless:

- They are pending TANF and are participating with NEON Pre-Eligibility Work Activities; **or**
- They are pending TANF and at the time of TANF application they were unemployed but found employment during the TANF pending period; **or**
- They are receiving TANF cash assistance and are eligible for a NEON funded subsidy; **or**
- They are licensed foster parents and all other eligibility requirements are met (i.e., purpose of care, etc.); **or**
- Child Protective Services (CPS) places the children in the household and the caretaker is not related by blood or marriage to the child(ren).

> **NOTE:** If the household meets one of the above exceptions and they have been found guilty of committing an Intentional Program Violation (IPV), they are subject to the applicable IPV penalty and are required to make the applicable co-payment.

**164        Effective Dates of Subsidy Benefits**

The effective date of the benefits is the first day of the certification period. For new clients or clients that have a lapse in service and have reapplied, eligibility begins with the day the application was received in the Child Care Program office, if all eligibility factors are met unless:

1. The client has not selected an eligible provider. If the client has not selected an eligible provider at the time of application, the certification period must begin on or after the date the client secures an eligible provider.

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

2. The household does not require child care at the time of application. However, staff must inform applicants that child care is available from the date the application is received forward if all eligibility requirements are met. If the request is made in-person, the case manager must have the client write a statement which is kept in the case file. If the request is made over the telephone, the case manager must document the reason in the computer system. The case note should be as specific as possible and include the reason the client requested a later start date.

3. The household has a NEON referral. The effective date of the certificate must be the date requested on the NEON referral as long as it is not prior to the NEON referral issuance date.

   If the requested start date is prior to the referral issuance date, the case manager must approve benefits from the issuance date forward and notify the NEON worker to pursue written approval for the retroactive benefits from the DWSS Child Care Program Chief, Deputy Administrator or Administrator, prior to the retroactive benefits being approved.

   In addition, if the referral date is greater than fourteen (14) days prior to the application date, the child care case manager must contact the NEON worker to verify the information on the referral is still valid and document the results of the contact in the computer system.

If the certification period does not begin with the application date, the reason for the discrepancy must be documented in the computer system case notes.

   **NOTE:** When an appeal or hearing determines benefits were improperly denied or discontinued, corrective measures must be made to ensure the case is reinstated back to the original date of eligibility and the appropriate payments are made to the provider(s) or client.

**165      Length of Certification**

The certification period for all households, except Contract Programs (i.e., Headstart, Boys & Girls Clubs, etc.), must be no more than 180 days following enrollment unless they meet one of the exceptions listed below. The first day the household is determined eligible is considered the first day of the certification period, regardless of the day services were approved.

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

Certification periods must be less than 180 days when:

- The applicant is receiving subsidy based upon a NEON referral. These applicants must be approved for benefits based on the dates listed on the NEON referral, not to exceed 90 days, unless it is verified the TANF benefits will end prior to the referral end date.

- The only eligible child will be turning 13 (or 19 if verified to have a special need). The day they turn 13 (or 19 if verified to have a special need), they are ineligible for benefits and the certificate must end. Refer to manual section 210 for age requirements.

- The applicant is a student. The certificate should not exceed the last day of the semester.

- The household indicates a change affecting eligibility that is anticipated to occur before the end of the 180 day period. Examples (not all inclusive):
  - o The applicant is pregnant and once the baby is born, the household size will increase.
  - o The applicant is getting married which affects the household size and countable income.
  - o A foster child is in the process of adoption, which affects the household size, funding and countable income.

**166**        **Required Information at Approval**

At each approval, the case manager must ensure the following:

- The original application form is complete and signed by the applicant (by both parents in a 2-parent household); **and**
- The applicant, and spouse if applicable, has read and signed the Service Agreement explaining their rights and responsibilities; **and**
- The applicant, and spouse if applicable, has read and signed the Program Penalties form, which explains their reporting responsibilities and the penalties for Intentional Program Violations; **and**
- All required verification according to policy is in the eligibility case file and date stamped with the date it was received by the Child Care Program office; **and**
- The authorized representative has been re-established, if applicable; **and**
- The applicant has been issued a copy of the Certificate; **and**
- The applicant has been issued the Notice of Action/Notice of Appeal, Form 2158-WC.

**170      CO-PAYMENTS**

**171      Co-Payment Requirements**

Clients not receiving a 100% subsidy are required to participate in the cost of their child care by making co-payments to the provider. The household's co-payment amount is determined based upon their household size and countable income (manual section 190, Income Limits and Subsidy Percentages).

**Exceptions:**

1. If the provider charges a discounted rate (i.e., multiple child discount, weekly rate, etc.) which is less than the Child Care Program's reimbursement rate and this results in the client owing no additional monies to the provider, the client is not responsible for a co-payment.

2. If the provider offers multiple rates within a recognized care level category, the rates will be averaged when compared to the state maximum rate. Therefore, this may result in the client being charged an amount less than what is listed on the Certificate. In this instance, the client is not responsible for a co-payment.

Co-payments may be evaluated and waived by the DWSS Child Care and Development Chief, on a case-by-case basis, if unusual circumstances exist. The request must be submitted in writing and must detail the circumstances that suggest the co-payment should be waived.

**172      Verification of Co-Payment**

The Child Care Program office must verify clients are current with their required co-payments. Therefore, at least five (5) percent of the caseload must be randomly selected for review by the Child Care Program office on a monthly basis.

**173      Failure to Pay Co-Payment**

If the client fails to pay or is not current with their co-payments, the client must attempt to obtain a Repayment Agreement with their child care provider. Verification must be provided to the Child Care Program office within ten (10) calendar days. If the client fails to pay the co-payment in accordance with the provider's payment policy and/or fails to attempt to obtain a Repayment Agreement, benefits must be terminated allowing advance notice of adverse action as described in manual section 500, unless the client is receiving a NEON funded subsidy. NEON clients must not be terminated.

DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

**180**   **FUNDING CATEGORIES**

**181**   **NEON (New Employees of Nevada)**

Eligible persons are those who are pending TANF and participating in Pre-Eligibility Work Activities, TANF recipients who are participating in NEON activities and recipients eligible for the DWSS Temporary Program. DWSS or DWSS contract staff determines eligibility for NEON-funded subsidy benefits by completing the NEON Child Care Referral, Form 2728-WA, requesting services. Eligibility is based on the client's need for child care to seek employment, accept employment, or participate in an approved work activity, including meetings and orientations with DWSS staff or DWSS contract staff.

> **NOTE:** NEON clients who are in a conciliation status, serving a TANF IPV penalty with DWSS or volunteering with the NEON Program may be eligible for subsidy benefits as long as they are participating in a DWSS directed activity.

Child care is paid at 100% of the state maximum for NEON funded participants, both mandatory and voluntary, while in an approved NEON activity. There is no waiting list for NEON eligible households.

**182**   **At-Risk**

Eligible persons are those who are not participating in the DWSS NEON pre-eligibility activities, Temporary Program or NEON program and have countable income at or below 130% of the Federal Poverty Level for their household size.

Child Care Program staff determines eligibility for this funding category.

**183**   **Discretionary**

Eligible households are those who are not participating in the DWSS NEON program, NEON pre-eligibility activities or Temporary Program.

These households have countable income exceeding 130% of the Federal Poverty Level but are below the 75% state median income for their household size.

> **Exceptions:** The households listed below must be served from the Discretionary funding category, even if their income falls below 130% of the Federal Poverty Level.
>
> • Contract/Delegate Programs (Refer to manual section 480.)

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

Child Care Program staff determines eligibility for Discretionary funded benefits.

**190      INCOME LIMITS AND SUBSIDY PERCENTAGES**

To determine the level of benefits a household is eligible for, the case manager must first determine the household size and the countable income. Under each household size heading (in gray) on the Sliding Fee Scale Chart, the applicable income range is listed. On the far right of the table is the percentage of child care benefits the Child Care Program will pay on the client's behalf.

The following codes are used in the chart:

(P)  =  Poverty Level determined by the Department of Health and Human Services

\*   =  Indicates the figure is 75% of Nevada's median income. The median income for Nevada is determined by the Department of Health and Human Services.

\*\*  =  All households except NEON, CPS and Foster are required to pay a minimum 5% co-payment for their child care services. NEON, CPS and Foster Parents receive 100% of the state maximum reimbursement.

The bold figure indicates 130% of the Federal Poverty level.

## DIVISION OF WELFARE AND SUPPORTIVE SERVICES    Child Care Policy Manual

### Sliding Fee Scale

**STATE OF NEVADA**
**CHILD CARE & DEVELOPMENT/SUBSIDY PROGRAM**

**HOUSEHOLD SIZE & MONTHLY INCOME CHART**
Effective October 1, 2009

| ONE | | | TWO | | | THREE | | | Subsidy % |
|---|---|---|---|---|---|---|---|---|---|
| $ - | - | $ 903 (P) | $ - | - | $ 1,214 (P) | $ - | - | $ 1,526 (P) | 95-100% ** |
| $ 904 | - | $ 1,070 | $ 1,215 | - | $ 1,428 | $ 1,527 | - | $ 1,787 | 90% |
| $ 1,071 | 1,173 | $ 1,237 | $ 1,429 | 1,578 | $ 1,642 | $ 1,788 | 1,984 | $ 2,047 | 80% |
| $ 1,238 | - | $ 1,404 | $ 1,643 | - | $ 1,856 | $ 2,048 | - | $ 2,308 | 70% |
| $ 1,405 | - | $ 1,571 | $ 1,857 | - | $ 2,070 | $ 2,309 | - | $ 2,569 | 60% |
| $ 1,572 | - | $ 1,738 | $ 2,071 | - | $ 2,284 | $ 2,570 | - | $ 2,830 | 50% |
| $ 1,739 | - | $ 1,905 | $ 2,285 | - | $ 2,498 | $ 2,831 | - | $ 3,090 | 40% |
| $ 1,906 | - | $ 2,072 | $ 2,499 | - | $ 2,712 | $ 3,091 | - | $ 3,351 | 30% |
| $ 2,073 | - | $ 2,231 * | $ 2,713 | - | $ 2,917 * | $ 3,352 | - | $ 3,604 * | 20% |
| $ 2,232 | + | | $ 2,918 | + | | $ 3,605 | + | | 0% |

| FOUR | | | FIVE | | | SIX | | | Subsidy % |
|---|---|---|---|---|---|---|---|---|---|
| $ - | - | $ 1,838 (P) | $ - | - | $ 2,149 (P) | $ - | - | $ 2,461 (P) | 95-100% ** |
| $ 1,839 | - | $ 2,146 | $ 2,150 | - | $ 2,503 | $ 2,462 | - | $ 2,862 | 90% |
| $ 2,147 | 2,389 | $ 2,453 | $ 2,504 | 2,794 | $ 2,858 | $ 2,863 | 3,199 | $ 3,264 | 80% |
| $ 2,454 | - | $ 2,761 | $ 2,859 | - | $ 3,212 | $ 3,265 | - | $ 3,665 | 70% |
| $ 2,762 | - | $ 3,068 | $ 3,213 | - | $ 3,567 | $ 3,666 | - | $ 4,066 | 60% |
| $ 3,069 | - | $ 3,376 | $ 3,568 | - | $ 3,921 | $ 4,067 | - | $ 4,467 | 50% |
| $ 3,377 | - | $ 3,683 | $ 3,922 | - | $ 4,276 | $ 4,468 | - | $ 4,869 | 40% |
| $ 3,684 | - | $ 3,991 | $ 4,277 | - | $ 4,630 | $ 4,870 | - | $ 5,270 | 30% |
| $ 3,992 | - | $ 4,290 * | $ 4,631 | - | $ 4,977 * | $ 5,271 | - | $ 5,663 * | 20% |
| $ 4,291 | + | | $ 4,978 | + | | $ 5,664 | + | | 0% |

| SEVEN | | | EIGHT | | | NINE | | | Subsidy % |
|---|---|---|---|---|---|---|---|---|---|
| $ - | - | $ 2,773 (P) | $ - | - | $ 3,084 (P) | $ - | - | $ 3,396 (P) | 95-100% ** |
| $ 2,774 | - | $ 3,151 | $ 3,085 | - | $ 3,440 | $ 3,397 | - | $ 3,729 | 90% |
| $ 3,152 | - | $ 3,530 | $ 3,441 | - | $ 3,795 | $ 3,730 | - | $ 4,061 | 80% |
| $ 3,531 | 3,604 | $ 3,908 | $ 3,796 | 4,009 | $ 4,151 | $ 4,062 | 4,414 | $ 4,394 | 70% |
| $ 3,909 | - | $ 4,287 | $ 4,152 | - | $ 4,506 | $ 4,395 | - | $ 4,727 | 60% |
| $ 4,288 | - | $ 4,665 | $ 4,507 | - | $ 4,862 | $ 4,728 | - | $ 5,059 | 50% |
| $ 4,666 | - | $ 5,043 | $ 4,863 | - | $ 5,218 | $ 5,060 | - | $ 5,392 | 40% |
| $ 5,044 | - | $ 5,422 | $ 5,219 | - | $ 5,573 | $ 5,393 | - | $ 5,725 | 30% |
| $ 5,423 | - | $ 5,792 * | $ 5,574 | - | $ 5,921 * | $ 5,726 | - | $ 6,049 * | 20% |
| $ 5,793 | + | | $ 5,922 | + | | $ 6,050 | + | | 0% |

| TEN | | | ELEVEN | | | TWELVE | | | Subsidy % |
|---|---|---|---|---|---|---|---|---|---|
| $ - | - | $ 3,708 (P) | $ - | - | $ 4,020 (P) | $ - | - | $ 4,332 (P) | 95-100% ** |
| $ 3,709 | - | $ 4,018 | $ 4,021 | - | $ 4,307 | $ 4,333 | - | $ 4,596 | 90% |
| $ 4,019 | - | $ 4,328 | $ 4,308 | - | $ 4,594 | $ 4,597 | - | $ 4,860 | 80% |
| $ 4,329 | - | $ 4,637 | $ 4,595 | - | $ 4,881 | $ 4,861 | - | $ 5,124 | 70% |
| $ 4,638 | 4,819 | $ 4,947 | $ 4,882 | 5,224 | $ 5,167 | $ 5,125 | 5,629 | $ 5,388 | 60% |
| $ 4,948 | - | $ 5,257 | $ 5,168 | - | $ 5,454 | $ 5,389 | - | $ 5,652 | 50% |
| $ 5,258 | - | $ 5,567 | $ 5,455 | - | $ 5,741 | $ 5,653 | - | $ 5,916 | 40% |
| $ 5,568 | - | $ 5,876 | $ 5,742 | - | $ 6,028 | $ 5,917 | - | $ 6,180 | 30% |
| $ 5,877 | - | $ 6,178 * | $ 6,029 | - | $ 6,307 * | $ 6,181 | - | $ 6,436 * | 20% |
| $ 6,179 | + | | $ 6,308 | + | | $ 6,437 | + | | 0% |

(P) Indicates poverty level.
* Indicates that the figure to the left is 75% of Nevada's median income.
**100% subsidies are reserved for NEON activity participants and certain CPS/Foster parent households. All other households are required to participate in the cost of their child care and may qualify for a maximum of 95% subsidy

Bold figures in center indicate 130% of poverty level.

Revised 06/23/09