IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

National Council of La Raza; *et al.*,

        Plaintiffs,

  vs.

Barbara K. Cegavske, on her official capacity as Secretary of State of the State of Nevada; *et al.*,

        Defendants.
_____/

3:12-cv-00316-HDM

ORDER

    This action is before the Court of Appeals and the mandate has not issued returning the action to this court. Accordingly, the undersigned elects as a senior judge of the court to decline the assignment entered on September 3, 2015 and refers the case to the Chief Judge for reassignment.

    It is so Ordered.

    Dated this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE