UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONAL COUNSEL OF LA RAZA, et al,<br><br>　　　　Plaintiffs-Appellants,<br><br>　v.<br><br>BARBARA K. GEGAVSKE, in her official capacity as Secretary of the State of Nevada; RICHARD WHITLEY, in his official capacity as Director of the Department of Health and Human Services of the State of Nevada,<br><br>　　　　Defendants-Appellees. | Case No.  3:12-cv-00316-MMD-VPC<br>Ninth Circuit Court of Appeals No. 13-15077<br><br>ORDER ON MANDATE |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having, on September 3, 2015, issued its judgment reversing and remanding the case to the District Court for further proceedings, and on September 28, 2015, issued its mandate thereon, and the Court being fully advised in the premises, now, therefore, it is ordered that the mandate be spread upon the records of this Court.

DATED THIS 30th day of September 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE