UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| NATIONAL COUNSEL OF LA RAZA, et al, | Case No.  3:12-cv-00316-MMD-VPC |
|---|---|
| Plaintiffs-Appellants, | ORDER |
| v. | |
| BARBARA K. GEGAVSKE, in her official capacity as Secretary of the State of Nevada; RICHARD WHITLEY, in his official capacity as Director of the Department of Health and Human Services of the State of Nevada, | |
| Defendants-Appellees. | |

Pursuant to the Ninth Circuit Court of Appeals' Order (dkt. no. 80), the order of dismissal entered on December 19, 2012, (dkt. no. 70) is hereby vacated.  The parties are directed to file a joint status report to notify the Court of outstanding issues that should be addressed, including any motions or applications that were rendered moot by the earlier dismissal order.  The joint status report must be filed within ten (10) days of entry of this order.

DATED THIS 1st day of October 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE