ADAM PAUL LAXALT
Attorney General
LORI M. STORY
Senior Deputy Attorney General
Nevada Bar No. 6835
100 North Carson Street
Carson City, Nevada 89701-4717
Tele: (775) 684-1114
Fax: (775) 684-1108
Email: lstory@ag.nv.gov
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL COUNCIL OF LA RAZA, LAS VEGAS BRANCH OF THE NAACP (BRANCH 1111), and RENO-SPARKS BRANCH OF THE NAACP (BRANCH 1112),<br><br>Plaintiffs,<br><br>vs.<br><br>BARBARA CEGAVSKE, in her official capacity as Secretary of State for the State of Nevada; and RICHARD WHITLEY, in his official capacity as Director of the Department of Health & Human Services of the State of Nevada,<br><br>Defendants. | Case No. 3:12-cv-00316-MMD-VPC<br><br>**MOTION FOR<br>SUBSTITUTION OF DEFENDANTS** |

Defendants, by and through counsel, Nevada Attorney General Adam Paul Laxalt and Senior Deputy Attorney General Lori M. Story, respectfully request that BARBARA CEGAVSKE be substituted for and in place of Defendant Ross Miller because BARBARA CEGAVSKE has succeeded Ross Miller as the Secretary of State for the State of Nevada and, further, Defendants request that RICHARD WHITLEY be substituted for and in place of Defendant Michael Willden because RICHARD WHITLEY has succeeded Michael Willden as the Director of the Department of Health and Human Services of the State of Nevada. Furthermore, the Office of the Attorney General has been counsel for Defendants since the commencement of this action, and Defendants request that

-1-

Senior Deputy Attorney General LORI M. STORY, on behalf of the Office of the Attorney General, be listed as counsel of record for Defendants CEGAVSKE and WHITLEY, not as an "Interested Party." Due to these changes, it is further requested that all pleadings be served upon and any contact by court personnel or parties to the Defendants in the above-entitled action be directed to Senior Deputy Attorney General LORI M. STORY. The caption above is correct, however, when electronically filing, the Court's docket does not reflect the above.

DATED this 27th day of May, 2016.

ADAM PAUL LAXALT
Attorney General

By: /s/ Lori M. Story
LORI M. STORY
Senior Deputy Attorney General

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: June 20, 2016

-2-

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on this 27th day of May, 2016, I served a true and correct copy of the foregoing MOTION FOR SUBSTITUTION OF DEFENDANTS, by U.S. District Court CM/ECF electronic service to:

Alan A. Martinson, Esq.
Lawyers Commission for Civil Rights
amartinson@lawyerscommittee.org
*Attorney for Plaintiffs*

Neil Steiner, Esq.
Dechert LLP
neil.steiner@dechert.com
*Attorney for Plaintiffs*

Sarah Brannon, Esq.
Project Vote
sbrannon@projectvote.org
*Attorney for Plaintiffs*

Scott C. Novakowski, Esq.
Demos
snovakowski@demos.org
*Attorney for Plaintiffs*

W. Chris Wicker, Esq.
Woodburn & Wedge
cwicker@woodburnandwedge.com
*Attorney for Plaintiffs*

Gregory W. Addington, Esq.
U.S. Attorney's Office
greg.addington@usdoj.gov
*Attorney for Interested Party, United States of America*

/s/ Dorene A. Wright

-3-