AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_****\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

NATIONAL COUNCIL OF LA RAZA, et al.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.

                      CASE NUMBER:   3:12-cv-00316-MMD-VPC

BARBARA K. CEGAVSKE, et al.

      Defendants.

\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Plaintiffs' Motion to Set Attorney Fees and Costs (ECF No. 117) is granted consistent with the reasoning in this order. Plaintiffs are entitled to fees in the amount of $523,475.61 and costs in the amount of $27,036.34. Judgement is hereby entered in favor of Plaintiffs and this case is closed.

    June 21, 2017                                  **DEBRA K. KEMPI**
                                                         Clerk

                                                   /s/ K. Walker
                                                      Deputy Clerk